EXHIBIT A

# Expert Report of Melissa Pittaoulis, Ph.D.

October 30, 2017

# Table of Contents

**I.    Qualifications and Assignment                    2**
   A. Qualifications and Assignment                    2
   B. Assignment                                       3

**II.   Summary of Findings                             3**

**III.  Survey Methodology                              5**
   A. Survey Screener                                  6
   B. Main Questionnaire                               7
   C. Data Quality                                     12

**IV.   Survey Results                                  14**

**V.    Conclusion                                      17**

# I.      Qualifications and Assignment

## A.      Qualifications and Assignment

1.      I, Melissa Pittaoulis, am an Associate Director at NERA Economic Consulting ("NERA") where I am a member of the Survey and Sampling Practice. My business address is 1717 Arch Street, Suite 1100, Philadelphia, PA 19103. NERA was founded in 1961 and provides economic, financial, and statistical research and analysis.

2.      I earned a Ph.D. in Sociology from Temple University. My courses in graduate school focused on quantitative analysis. Among the courses I took are Research Design, Survey Research, Statistical Sampling, Social Statistics, Multivariate Statistics, and Hierarchical Linear Modeling. I have also taken "short courses" offered by the Joint Program in Survey Methodology, which is run by the University of Maryland. While I was a graduate student, I served as a teaching assistant in a graduate-level multivariate statistics class and as an instructor for undergraduate courses on statistics at Temple University.

3.      I have worked on survey and sampling projects at NERA since 2003. As part of my survey work, I design research, write questionnaires, supervise data collection, and analyze data. As part of my sampling work, I select samples and calculate sample estimates and confidence intervals. In my nearly 15 years of experience, I have worked on survey and sampling projects in a wide variety of industries, including: automobiles, beverages, beauty products, clothing apparel, computers, durable goods, electronics, financial products, insurance, mobile phones, personal care products, pharmaceuticals, snack foods, and video games. The majority of these projects have been conducted in connection with legal disputes, primarily intellectual property and consumer class action matters. I have also worked on projects involving antitrust issues and employment-related litigation.

4.      I am a member of the American Association of Public Opinion Research, the American Sociological Association, and the International Trademark Association. My curriculum vitae is attached as Exhibit A.

5.      NERA is being compensated for my services in this matter at my standard rate of $475 per hour. No part of NERA's or my compensation depends on the conclusions I reach or

the outcome of this litigation. Throughout this report, I have used the terms "I" and "my" to refer to work performed by me and/or others under my direction.

6.      A list of the documents I relied upon in preparing this expert report is attached as Exhibit B.

## B.    Assignment

7.      I was retained by counsel for Hypnotic Hats, LTD ("Hypnotic Hats") in connection with *Hypnotic Hats, LTD. v. Wintermantel Enterprises, LLC, Hype Socks, LLC, and Hype Cheer, LLC.* Hypnotic Hats is a company that manufactures and sells hats, socks, accessories, intimate apparel, bags, and licensed products.[1] Since 1991, Hypnotic Hats has used the brand "HYP" to market and sell its products.[2] I understand that Defendants began selling socks using the brand "HYPE Socks" in 2014 and that Hypnotic Hats became aware of the brand in 2015.[3] I was asked to design and conduct a survey to determine whether a likelihood of confusion exists between Hypnotic Hats' HYP brand and the defendants' HYPE Socks brand.

## II.    Summary of Findings

8.      To address my research objective, I conducted an online survey of relevant consumers using a variant of the "Squirt" methodology. In Squirt-type surveys, respondents are exposed to both the junior and senior marks and then asked questions to determine whether respondents think the marks come from the same or affiliated companies.[4] A Squirt survey is appropriate in this matter because the senior user's name, HYP, is unlikely to be a top-of-mind brand for the relevant consumers. Furthermore, I understand that Hypnotic Hats and Defendants

---

[1] First Amended Complaint, ¶1.

[2] First Amended Complaint, ¶¶17-20.

[3] First Amended Complaint, ¶24, ¶28.

[4] For a discussion of the Squirt design, see: Swann, Jerre B. 2012. "Likelihood of Confusion." Pp. 53-77 in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, edited by Shari S. Diamond and Jerre B. Swann. American Bar Association, Section of Intellectual Property Law; and Swann, Jerre B. 2016. "Eveready and Squirt-Cognitively Updated." *The Trademark Reporter*, 106(4):727-753.

offer their products "through the same channels of trade which are directed to the same customers and/or prospective customers."[5]

9.      The Squirt-type survey I designed uses a "two-room" approach, meaning that the junior and senior marks do not appear together at the same time. The survey was thus divided into three sections. In the first section of the survey, respondents were shown four brands of socks – HYP and three other brands. These three other brands were included in the survey to serve as "distractors."  In the second section of the survey, respondents were asked a short series of questions about their sports game attendance to provide temporal space before they would be exposed to the HYPE Socks brand. In the third section of the survey, test group respondents were shown an email and catalog for HYPE Socks. Control respondents were shown the same email and catalog, but the name HYPE was changed to HIVE. All respondents were then asked a series of questions to determine whether they thought the socks in the catalog were made by the same company as, associated with, or otherwise received permission from any of the companies whose socks were shown in the first section of the survey. Among the 200 test group respondents, 50.0 percent thought that HYPE Socks are made by, associated with, or received permission from the company that makes HYP. Among the 179 control group respondents, the comparable percentage was 38.0 percent. Subtracting the control group percentage from the test group percentage yields a net confusion rate of 12.0 percent. I understand that courts have found net confusion rates of 10 percent or more as evidence of a likelihood of confusion.[6]

10.      I also analyzed the data for the subset of respondents who are sports coaches. Eighty-two respondents in the test group and 56 respondents in the control group were coaches. Among the coaches in the test group, 53.7 percent, thought that HYPE Socks are either made by, associated with, or received permission from the same company that makes HYP socks.  The comparable percentage for the control group is 32.1 percent. The net confusion among coaches is (53.7 – 32.1 =) 21.6 percent.

---

[5] First Amended Complaint, ¶22.

[6] Ford, Gerald L. 2012. "Survey Percentages in Lanham Act Matters." Pp. 311-326 in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, edited by Shari S. Diamond and Jerre B. Swann. American Bar Association, Section of Intellectual Property Law.

## III.    Survey Methodology

11.    I conducted the survey in accordance with accepted survey research principles, such as those listed in the Federal Judicial Center's *Manual for Complex Litigation*[7] and described in the *Reference Manual on Scientific Evidence*.[8]

12.    I conducted the survey online using Survey Sampling International ("SSI"), a leading market research firm that specializes in sampling and data collection.[9] SSI was founded in 1977 and has been providing online samples for many years.[10] SSI maintains volunteer panels of individuals who agree to take online surveys in exchange for earning incentives, which may be redeemed for cash and other rewards.[11] For this study, SSI invited a sample of its own panelists and a sample of panelists from a partner panel, Critical Mix, to complete the survey.[12]

13.    SSI collected data between October 21, 2017 and October 29, 2017. A total of 200 test group respondents and 179 control group respondents qualified and completed the survey.

14.    Respondents were unaware of the purpose and sponsor of the study. While the project managers at SSI were aware that this study was to be used in litigation, they did not know the identity of NERA's client, nor were they aware of the issues being litigated.

---

[7] Federal Judicial Center. 2004. *Manual for Complex Litigation, Fourth Edition*, §11.493, pp.102-104.

[8] Diamond, Shari S. 2011. "Reference Guide on Survey Research," pp. 359-423 in *Reference Manual on Scientific Evidence*, Committee on the Development of the Third Edition of the Reference Manual on Scientific Evidence, Federal Judicial Center, National Research Council.

[9] Survey Sampling International. 2017. "Who is SSI & Why Should You Care?" Retrieved October 26, 2017 (https://www.surveysampling.com/site/assets/files/1057/ssi-capabilities-brochure.pdf).

[10] Survey Sampling International. 2017. "ESOMAR 28: 28 Questions to Help Research Buyers of Online Sample." p.1. Retrieved October 26, 2017 (https://www.surveysampling.com/site/assets/files/1069/esomar-28-questions.pdf).

[11] Survey Sampling International. 2017. "ESOMAR 28: 28 Questions to Help Research Buyers of Online Sample." pp.5-6. Retrieved October 26, 2017 (https://www.surveysampling.com/site/assets/files/1069/esomar-28-questions.pdf).

[12] Because this was a low incidence survey, meaning that the percentage of the general population that would qualify for the survey was likely to be less than 5 percent, SSI and Critical Mix used targeting to identify respondents who may have been more likely to qualify for the survey. SSI targeted respondents who previously reported that they worked or volunteered as a coach and Critical Mix targeted parents with at least one child over the age of six living in the household. All respondents, regardless of targeting, had to answer the screening questions in order to qualify for the survey.

## A.      Survey Screener

15.      The relevant population for a likelihood of confusion survey measuring forward confusion is the junior user's target market.[13] Defendant Joshua Wintermantel testified in his deposition that Hype Socks "sell[s] to a specific category of individuals who coach sports teams"[14] and that they do not sell individual pairs of socks; rather orders of 24 pairs of more must be placed with account managers.[15] Thus, in this case, the relevant population includes purchasers of athletic socks, namely coaches and others who would purchase team socks.[16]

16.      Specifically, to qualify for the survey, respondents had to meet at least one of the following criteria:

- Within the past 12 months, they had coached a sports team and had purchased or ordered socks for their team;

- Within the next 12 months, they expect to coach a sports team and expect to purchase or order socks for their team;

- Within the past 12 months, they participated on a sports team or had a child who participated on a sports team AND purchased socks in bulk for the team;

- Within the next 12 months, they expect to participate on a sports team or have a child participate on a sports team AND they expect to purchase socks in bulk for the team;

17.      In addition, in order to qualify for the survey, respondents also had to (1) complete the survey on a desktop, laptop, or tablet computer; (2) be 18 years of age or older; (3) live in the United States; (4) report that they had not taken a survey about sports gear, such as

---

[13] McCarthy, J. Thomas. "Chapter 32. Procedure in Trademark Infringement and Unfair Competition Litigation: Relevant 'universe' surveyed  – Defining the universe." *McCarthy on Trademarks and Unfair Competition, Fourth Edition*; West Group. Vol 6. § 32:159.

[14] Joshua Wintermantel Deposition Transcript, dated September 27, 2017 (hereinafter "Wintermantel Deposition"), p. 99, lines 16-17.

[15] Wintermantel Deposition, p.99, lines 4-8.

[16] Mr. Wintemantel described the products as "team athletic socks" and "team socks" in his deposition. See Wintermantel Deposition, p.108, lines 8-12.

uniforms or equipment or hats, socks, or other clothing accessories within the past six months; and (5) pass various quality control measures, described in more detail in section III.C. below.

18.    The survey incidence is the percentage of individuals who take the screener and qualify for the survey. A survey of coaches and sports participants who purchase or order socks for their team is a low incidence survey. SSI indicated that the incidence rate for this survey was about 1 percent. In other words, for every 100 people who answered the screening questions, one person would qualify for the survey. As a result of the low incidence, I did not set any quotas for the survey and instead aimed to collect as many interviews with coaches and participants as possible. At the end of data collection, 41.0 percent of the test group and 31.3 percent of the control group were coaches, while the remaining respondents were sports team participants or parents who purchase or order socks for their teams. The number of coaches included in the sample is large enough that the results for this group can be analyzed separately. This analysis allows me to determine whether a likelihood of confusion exists among those individuals who Hype Socks contends are its primary target market.[17]

## B. Main Questionnaire

19.    After respondents qualified for the survey, they were taken to the first section of the main questionnaire. Respondents were first provided with a short introduction describing what they were about to see. Specifically, the introduction read as follows:

> The remainder of this survey will be divided into three sections. **This is this first section of the survey.**
>
> In this section, you are going to see some socks that you might see if you were shopping. Please look at these products as you normally would if you were considering purchasing them. Take as much time as you would like to look at each product, and when you are finished, please answer the question below the image.

---

[17] Survey researchers often look at subsets of respondents to determine if the results vary according to certain respondent characteristics. For example, in her article, "The Reference Guide on Survey Research," Shari Seidman Diamond states that "If the survey expert can demonstrate that a sufficiently large (and representative) subset of respondents in the survey was drawn from the appropriate sampling frame, the responses obtained from that subset can be examined, and inferences about the relevant population can be drawn based on the subset."  Diamond, Shari S. 2011. "Reference Guide on Survey Research," pp. 359-423 in *Reference Manual on Scientific Evidence,* Committee on the Development of the Third Edition of the Reference Manual on Scientific Evidence, Federal Judicial Center, National Research Council, p. 379.

For each screen, click the forward arrow at the bottom of the screen when you are ready to move on to the next screen. Please note that, for each screen, there will be a short delay before the ">" button becomes enabled.

20.     After respondents clicked the ">" button, they were shown, in random order, one at a time, a total of four brands of socks. The brands were HYP, Bioworld, Stance, and Reebok. For each brand, three different styles or colors of socks were shown. Respondents were shown two images for each brand – the first image showed the front of the socks and the second image showed the back of the socks. Respondents were also able to click on the images to see an enlarged version.

21.     For each brand shown, respondents were asked to verify that they were able to see the images clearly. Respondents who indicated they were unable to see the images were screened out of the study.

22.     After viewing each of the four brands, respondents were taken to the second section of the main questionnaire. Respondents were told:

> **<u>This is the second section of the survey.</u>** In this section, you will be asked questions about sports games and events.
>
> We are interested in your honest opinions. There are no right or wrong answers. If for any question in this survey, you don't know the answer or don't have an opinion, please feel free to choose the "Don't know" option. Please do <u>not</u> guess.

23.     Respondents were then asked a short series of questions about the types of sporting events they had recently attended or intended to attend within the next year. Respondents were first asked about their attendance at sporting events within the past year:

> Q1. Within the past 12 months, have you attended any professional sports games or events?
>
> 1.   Yes
> 2.   No
> 3.   Don't know / Not sure

If the respondent answered yes to this question, they were then asked the follow-up shown below:

> Q2. Which, if any, of the following types of professional sports games or events have you attended in the past 12 months?
>
> 1.   Baseball
> 2.   Basketball

3. Football
4. Golf
5. Hockey
6. Soccer
7. Swimming
8. Tennis
9. None of the above
10. Don't know/ Not sure

24.     Respondents were next asked whether they had attended any college-level sports games or events within the prior twelve months:

Q3. Within the past 12 months, have you attended any college-level sports games or events?

1.     Yes
2.     No
3.     Don't know / Not sure

If the respondent answered yes to this question, they were then asked the follow-up shown below:

Q4.     Which, if any, of the following types of college-level sports games or events have you attended in the past 12 months?

1.  Baseball
2.  Basketball
3.  Football
4.  Golf
5.  Hockey
6.  Soccer
7.  Swimming
8.  Tennis
9.  None of the above
10. Don't know/ Not sure

25.     The questions asked in the second section of the survey are not relevant to my likelihood of confusion analysis and serve only as "speed bumps" to introduce temporal space between the respondents' exposure to HYP and the three distractor brands and their exposure to HYPE Socks.

26.     The third section of the survey began with the following introduction:

**This is the third section of the survey.**

Imagine that you receive the email and catalog shown on the next screens. Please read the email and accompanying catalog as you would if you received it in your email inbox.

For each screen, click the forward arrow at the bottom of the screen when you are ready to move on to the next screen. Please note that, for each screen, there will be a short delay before the ">" button becomes enabled.

27.     At this point respondents were assigned to either the test or control group.[18] Both test and control groups saw a sales email and a product catalog. Test group respondents were shown an email and catalog promoting Hype Socks. Control group respondents were shown the same letter and catalog, but HYPE was changed to HIVE.[19] By holding constant all other elements of the email and catalog, I am able to isolate the confusion that is attributable to the HYPE name alone. The control group also measures the extent to which respondents are confused due to survey noise, such as guessing or the suggestive nature of a Squirt design.

28.     To ensure respondents had enough time read the email and flip through the catalog, twenty seconds needed to pass before the ">" button appeared on the screen. After the respondents had viewed both the email and catalog they were asked:

QB1. Were you able to see and read both the email and catalog clearly?
    1.  Yes
    2.  No

Respondents who were unable to see and read the email and catalog were screened out of the study.

29.     Respondents were then asked three series of closed- and open-ended questions. The first series of questions measured whether there was source confusion between HYPE Socks and any of the brands shown in the first section of the survey. Respondents were first asked:

Q5. Do you think these socks—the ones in the catalog you just reviewed—and any of the socks you saw in the first section of the survey are made or put out by the same company?

Respondents who answered "yes" were asked two follow-up questions. First, they were asked:

---

[18] The first approximately 100 respondents were assigned to the test group as part of a pilot survey, after which, respondents were randomly assigned to the test or control group until the test group included 200 respondents.

[19] In some instances, HYPE was simply removed from the catalog and not replaced. For example, because it was not possible to digitally add HIVE to the images of the socks, I removed, but did not replace, "Hype" and "Hype Socks" from these images.

> Q6. Please click on the socks you think are made or put out by the same company as the socks shown in the catalog.

The front images of the four brands shown in the first section of the survey appeared below this question in the same order as they appeared earlier in the survey. In addition to clicking on the socks, respondents also had the option of selecting "Don't Know" as their answer. For each brand selected in Q6, respondents were then asked:

> Q7. For each of the socks you selected, please describe why you think it is made or put out by the same company as the socks shown in the catalog.
> *Please be as specific and detailed as possible.*

30.     The second series of questions measured whether there was confusion due to association or connection. Respondents were asked:

> Q8. Do you think the company that makes the socks in the catalog you just reviewed is *associated or connected with* any of the companies that make the socks you saw in the first section of the survey?

Respondents who answered "yes" were asked two follow-up questions. First, they were asked:

> Q9. Please click on the socks you think are made by a company that is associated or connected with the company that makes the socks shown in the catalog.

Like in Q6, the front images of the four brands shown in the first section of the survey appeared below this question in the same order as they appeared earlier in the survey. In addition to clicking on the socks, respondents also had the option of selecting "Don't Know" as their answer. For each brand selected in Q9, respondents were then asked:

> Q10. For each of the socks you selected, please describe why you think they are associated or connected with the socks shown in the catalog.
> *Please be as specific and detailed as possible.*

31.     The third series of questions measured whether there was confusion about whether HYPE Socks received permission or approval from any of the companies that made the socks shown in the first section of the survey. Respondents were asked:

> Q11. Do you think the company who makes the socks in the catalog you reviewed *received permission or approval* from any of the companies that make the socks you saw in the first section of the survey?

Respondents who answered "yes" were asked two follow-up questions. First, they were asked:

Q12. Please click on the socks that you think are made by a company that gave permission or approval to the company makes the socks in the catalog you reviewed.

As with Q6 and Q9, the front images of the four brands shown in the first section of the survey appeared below this question in the same order as they appeared earlier in the survey. In addition to clicking on the socks, respondents also had the option of selecting "Don't Know" as their answer. For each brand selected in Q12, respondents were then asked:

Q13. For each of the socks you selected, please describe why you think the company that makes them gave permission or approval to the company who makes the socks in the catalog you viewed. *Please be as specific and detailed as possible.*

32.     The survey concluded with several questions used to address data quality. These questions are described in the next section of my report.

33.     The images used in the first section of the survey are included in Exhibit C. The HYPE Socks email and catalog are shown in Exhibit D. The HIVE Socks email and catalog are shown in Exhibit E. The complete questionnaire is provided in Exhibit F, and screenshots of the survey as it appeared to respondents are provided in Exhibit G.

## C.     Data Quality

34.     To ensure that the data were of high quality, the survey included procedures and questions that would allow me to validate the respondents' identities and identify distracted respondents. First, SSI used "digital fingerprinting technology" to identify and exclude any respondent who attempted to take the survey more than one time.[20] Second, the survey was programmed to exclude respondents who failed any of the quality control procedures I put in place. Lastly, SSI removed and replaced any respondents who I identified as providing nonsensical or gibberish answers to the open-ended questions.

35.     The remainder of this section describes the specific quality control procedures that were programmed into the survey. First, at the beginning of the survey screener, respondents

---

[20] Using this technology, each respondent is assigned a digital fingerprint based on information gathered from his or her computer (e.g., IP address, operating system, browser type, etc.).

were asked to complete a CAPTCHA question.[21] A CAPTCHA question asks respondents to enter a code as it appears in an image, which helps to make sure that a person is completing the survey rather than a computer "bot." Respondents were given three attempts to correctly answer the CAPTCHA question before they were excluded from the survey.

36.     Next, to validate the survey respondents' identities, I instructed SSI to terminate any respondent who, when answering the screener, reported a gender or age that was different than the gender or age SSI has on file in its panel database. I also instructed SSI to terminate any respondent who reported a zip code that was not found in the state in which the respondent reported that they currently lived.

37.     To identify respondents who were inattentive while taking the survey, I included the following "red herring" question:

> This question is a little different. While most people carefully read and respond to the questions in our surveys a small number do not. To verify that you have read this question carefully, please select the [X] response from the list below.
>
> 1.  Extremely Important
> 2.  Very Important
> 3.  Somewhat Important
> 4.  Not at all Important
> 5.  Don't know

Respondents were randomly assigned a response option to select. This means that some respondents were instructed to choose the first option, some were instructed to choose the second, and so on. Respondents who selected an answer other than the one they were instructed to select were terminated from the survey.

38.     Because the survey required respondents to view images, I asked respondents to confirm that they were able to view the images clearly. I also asked respondents to confirm that they were able to read both the email and catalog. Respondents who reported that they could not see the images or read the email and brochure were terminated from the survey.

---

[21] For more information on how CAPTCHA works, see Carnegie Mellon University's website, "The Official CAPTCHA Site." Retrieved October 26, 2017 (http://www.captcha.net/).

39.     Lastly, I asked the five following questions to ensure that respondents had followed the instructions given at the beginning of the survey:

- At any time during this survey, did you open any other windows or tabs on this computer?

- At any time during this survey, did you use any other computer?

- At any time during this survey, did you look at or use any hand-held electronic device, such as a cell phone or tablet computer?[22]

- At any time during this survey, did you view any written material (other than this survey)?

- At any time during this survey, did you consult or talk with someone else?

Respondents who answered "Yes" to any of one of these questions were excluded from the survey.

## IV.   Survey Results

40.     In this section, I report the survey results for the full sample of respondents, as well as the subset of respondents who are coaches, as I understand that Hype Socks considers coaches to be its primary target market.[23]

*Full Sample*

41.     SSI obtained 200 interviews with test group respondents who were shown the HYPE Socks email and catalog.  Among the total test group, 68 respondents, or 34.0 percent, stated an opinion that HYPE Socks are made or put out by the same company that makes HYP socks.  There were 179 respondents who were shown the HIVE Socks email and catalog.  Among the total control group, 45 respondents, or 25.1 percent, stated an opinion that HIVE Socks are made or put out by the same company that makes HYP socks.  As shown in Table 1, the net confusion due to source is (34.0 - 25.1 =) 8.9 percent.

---

[22] If the respondent indicated that they were using a tablet computer to take the survey, then the words "or tablet computer" were omitted.

[23] Results for individual questions 5, 7, 8, 10, 11, and 13 can be found in Exhibit H.

42.     Turning to the association confusion questions, of the 200 respondents who were shown the HYPE Socks email and catalog, 57 respondents, or 28.5 percent of the total test group, stated an opinion that HYPE Socks are associated or connected with the company that makes HYP socks. Of the 179 respondents who were shown the HIVE Socks email and catalog, 27 respondents, or 15.1 percent of the total control group, stated an opinion that HIVE Socks are associated or connected with the same company that makes HYP socks.  As shown in Table 2, the net confusion due to association is (28.5 - 15.1 =) 13.4 percent.

43.     Turning to the permission confusion questions, of the 200 respondents who were shown the HYPE email and catalog, 44 respondents, or 22.0 percent of the total test group, stated an opinion that the HYPE Socks received permission or approval from the company that makes HYP socks.  Of the 179 respondents who were shown the HIVE Socks email and catalog, 28 respondents, or 15.6 percent of the total control group, stated an opinion that HIVE Socks received permission or approval from the company that makes HYP socks.  As shown in Table 3, the net confusion due to permission is (22.0 - 15.6 =) 6.4 percent.

44.     To calculate the total confusion rate, I counted as "confused" any respondent who was confused at either the source, association, or permission series of questions.  I did not double count any respondent who was confused at more than one question series. As shown in Table 4, the total confusion rate for the test group is 50.0 percent, while the total confusion rate for the control group is 38.0 percent. The net confusion rate is therefore (50.0 - 38.0=) 12.0 percent.

45.     I tested the relative strength of confusion between HYP and HYPE Socks by including three sock brands that had features in common with HYP or HYPE Socks.  I included Bioworld because the socks included licensed superhero characters, similar to the HYP socks shown in the survey, one of which included the Superman logo.  I included Stance because, like HYPE Socks, the socks included team names.  I included Reebok because the style of socks appeared similar to the HYPE Socks shown in the catalog.

46.     Table 5 shows the rate of confusion with HYPE Socks for each of the four brands of socks shown in the first section of the survey. As noted earlier, for HYP, 50.0 percent of test group respondents thought HYP and HYPE Socks were made by the same company, compared

to 38.0 percent of control group respondents who thought HYP and HIVE Socks were made by the same company. The net confusion rate for HYP is therefore 12.0 percent.[24]

47.     For Bioworld, 24.5 percent of test group respondents thought HYPE Socks are made by, associated with, or approved by the company that makes or puts out Bioworld, compared to 25.7 percent of control group respondents who thought Bioworld and HIVE Socks were made by the same or affiliated companies. The net confusion rate for Bioworld is therefore -1.2 percent.

48.     For Stance, 31.5 percent of test group respondents thought HYPE Socks are made by, associated with, or approved by the company that makes or puts out Stance, compared to 37.4 percent of control group respondents who thought Stance and HIVE Socks were made by the same or affiliated companies. The net confusion rate for Stance is therefore -5.9 percent.

49.     For Reebok, 37.5 percent of test group respondents thought HYPE Socks are made by, associated with, or approved by the company that makes or puts out Reebok, compared to 30.2 percent of control group respondents who thought Reebok and HIVE Socks were made by the same or affiliated companies. The net confusion rate for Reebok is therefore 7.3 percent.

50.     These results demonstrate that not only is the gross rate of confusion between HYP and HYPE Socks in the test group higher than the confusion rate between HYPE Socks and any of the other three brands, but the net confusion rate between HYP and HYPE Socks is more than 1.5 times greater than the net confusion between HYPE Socks and the other three brands.

*Coaches Sample*

51.     Tables 6 and 7 show the same analysis as described above and focus on only the group of respondents who are coaches. SSI obtained 82 interviews with coaches assigned to the test group and 56 interviews with coaches assigned to the control group.  Among the coaches in

---

[24] The 12.0 percentage point difference in the test and control group respondents is statistically significant at the .05 level. This means that the observed results are unlikely to be due to chance. I note that Shari Seidman Diamond and Jerre Swann suggest that one standard to be considered when evaluating trademark surveys is whether the difference in the test and control group results is large enough that it is statistically significant.  See Diamond, Shari Seidman and Jerre Swann. 2012. "Editors' Note on Chapter 14" Pp. 327 in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, edited by Shari S. Diamond and Jerre B. Swann. American Bar Association, Section of Intellectual Property Law.

the test group, 53.7 percent, thought that HYPE Socks are either made by, associated with, or received permission from the company that makes HYP socks.  The comparable percentage for the control group is 30.4 percent. The net confusion among coaches is (53.7 – 32.1 =) 21.6 percent.[25]

52.     For Bioworld, 23.2 percent of coaches in the test group thought HYPE Socks are made by, associated with, or approved by the company that makes or puts out Bioworld, compared to 30.4 percent of coaches in the control group who thought Bioworld and HIVE Socks were made by the same or affiliated companies. The net confusion rate for Bioworld is therefore -7.2 percent.

53.     For Stance, 28.0 percent of coaches in the test group thought HYPE Socks are made by, associated with, or approved by the company that makes or puts out Stance, compared to 28.6 percent of coaches in the control group who thought Stance and HIVE Socks were made by the same or affiliated companies. The net confusion rate for Stance is therefore -0.6 percent.

54.     For Reebok, 32.9 percent of coaches in the test group thought HYPE Socks are made by, associated with, or approved by the company that makes or puts out Reebok, compared to 25.0 percent of coaches in the control group who thought Reebok and HIVE Socks were made by the same or affiliated companies. The net confusion rate for Reebok is therefore 7.9 percent.

## V.   Conclusion

55.     I observed that 50.0 percent of all test group respondents believed that HYPE Socks are made by, associated with, or approved by the company that makes or puts out HYP. After subtracting the control group percentage of 38.0 percent, the net confusion rate is 12.0 percent. This net confusion rate is higher than the net confusion rates for the other three brands included in the survey, which ranged from -5.9 percent to 7.3 percent. I find that, to a reasonable degree of professional certainty, these results indicate purchasers of team socks are likely to confuse HYP and HYPE Socks.

---

[25] The 21.6 percentage point difference in the test and control group coach respondents is statistically significant at the .05 level. This means that the difference between the test and control group results is large enough that it is unlikely to be due to chance.

56.     Among coaches, the target customer of HYPE Socks, 53.7 of test group respondents believed that the HYPE Socks are made by, associated with, or approved by the company that makes or puts out HYP. After subtracting the control group percentage of 32.1 percent, the net confusion rate is 21.6 percent. The net confusion rates for the other three brands included in the survey were much lower, ranging from -7.2 percent to 7.9 percent. I find that, to a reasonable degree of professional certainty, these results indicate coaches are likely to confuse HYP and HYPE Socks.

57.     My work is ongoing and my opinions will continue to be informed by any additional material that becomes available to me.


Melissa Pittaoulis
October 30, 2017

**Table 1**
**Share of Respondents Who Believe HYPE/HIVE Socks are Made or Put Out by Brand Shown**
**Full Sample**

|  | Test Group | Control Group | Net Difference |
|---|---|---|---|
|  | **(a)** | **(b)** | **(c)** |
|  |  |  | **[ (a) - (b) ]** |
| HYP | 34.0% | 25.1% | 8.9% |
| BIOWORLD | 11.5% | 16.8% |  |
| STANCE | 17.0% | 23.5% |  |
| REEBOK | 22.5% | 17.3% |  |
| Don't know | 8.0% | 8.4% |  |
| Does not think HYPE/HIVE Socks are made by same company as any of these socks | 34.0% | 41.9% |  |
| **Total Number of Respondents:** | 200 | 179 |  |

Notes:

[1] Percentages add to more than 100 percent because respondents could select more than one brand.

Source:
   NERA Survey, Q5 and Q6.

**Table 2**
**Share of Respondents Who Believe HYPE/HIVE Socks are Associated with Brand Shown**
**Full Sample**

|  | Test Group | Control Group | Net Difference |
|---|---|---|---|
|  | (a) | (b) | (c) |
|  |  |  | [ (a) - (b) ] |
| HYP | 28.5% | 15.1% | 13.4% |
| BIOWORLD | 9.0% | 5.6% |  |
| STANCE | 16.5% | 14.0% |  |
| REEBOK | 18.0% | 13.4% |  |
| Don't know | 4.0% | 3.4% |  |
| Does not think HYPE/HIVE Socks is associated with any of these socks | 50.0% | 63.7% |  |
| **Total Number of Respondents:** | 200 | 179 |  |

Notes:
[1] Percentages add to more than 100 percent because respondents could select more than one brand.

Source:
    NERA Survey, Q8 and Q9.

**Table 3**
**Share of Respondents Who Believe HYPE/HIVE Socks Received Permission from Brand Shown**
**Full Sample**

|  | Test Group | Control Group | Net Difference |
|---|---|---|---|
|  | **(a)** | **(b)** | **(c)** |
|  |  |  | **[ (a) - (b) ]** |
| HYP | 22.0% | 15.6% | 6.4% |
| BIOWORLD | 14.0% | 11.7% |  |
| STANCE | 14.0% | 16.2% |  |
| REEBOK | 21.5% | 15.6% |  |
| Don't know | 5.0% | 1.7% |  |
| Does not think HYPE/HIVE Socks received permission from any of these socks | 48.5% | 64.2% |  |
| **Total Number of Respondents:** | 200 | 179 |  |

Notes:

[1] Percentages add to more than 100 percent because respondents could select more than one brand.

Source:

NERA Survey, Q11 and Q12.

**Table 4**
**Estimated Net Confusion Between HYP and HYPE SOCKS**
**Full Sample**

|  | Test Group | Control Group | Net Rate |
|---|---|---|---|
|  | **(a)** | **(b)** | **(c)** |
|  |  |  | **[ (a) - (b) ]** |
| Source confusion | 34.0% | 25.1% | 8.9% |
| Affiliation confusion | 10.5% | 7.3% | 3.2% |
| Approval confusion | 5.5% | 5.6% | -0.1% |
| **Total Confusion:** | 50.0% | 38.0% | 12.0% |
| **Total Number of Respondents:** | 200 | 179 |  |

Notes:

[1] Respondents are not double counted. Respondents are counted as confused at the first question series where they expressed confusion.

Source:

NERA Survey, Questions Q6, Q9, Q12.

**Table 5**
**Overall Estimated Net Confusion with HYPE SOCKS by Brand Shown**
**Full Sample**

| | Test Group | Control Group | Net Rate |
|---|---|---|---|
| | **(a)** | **(b)** | **(c)** |
| | | | **[ (a) - (b) ]** |
| HYP | 50.0% | 38.0% | 12.0% |
| BIOWORLD | 24.5% | 25.7% | -1.2% |
| STANCE | 31.5% | 37.4% | -5.9% |
| REEBOK | 37.5% | 30.2% | 7.3% |
| **Total Number of Respondents:** | 200 | 179 | |

Source:
   NERA Survey, Questions Q6, Q9, Q12.

**Table 6**
**Estimated Net Confusion Between HYP and HYPE SOCKS**
**Coaches Only**

|  | Test Group | Control Group | Net Rate |
|---|---|---|---|
|  | **(a)** | **(b)** | **(c)** |
|  |  |  | **[ (a) - (b) ]** |
| Source confusion | 31.7% | 21.4% | 10.3% |
| Affiliation confusion | 14.6% | 7.1% | 7.5% |
| Approval confusion | 7.3% | 3.6% | 3.7% |
| **Total Confusion:** | 53.7% | 32.1% | 21.6% |
| **Total Number of Respondents:** | 82 | 56 |  |

Notes:

[1] Respondents are not double counted. Respondents are counted as confused at the first question series where they expressed confusion.

Source:

  NERA Survey, Questions Q6, Q9, Q12.

**Table 7**
**Overall Estimated Net Confusion with HYPE SOCKS by Brand Shown**
**Coaches Only**

|  | Test Group | Control Group | Net Rate |
|---|---|---|---|
|  | **(a)** | **(b)** | **(c)** |
|  |  |  | **[ (a) - (b) ]** |
| HYP | 53.7% | 32.1% | 21.6% |
| BIOWORLD | 23.2% | 30.4% | -7.2% |
| STANCE | 28.0% | 28.6% | -0.6% |
| REEBOK | 32.9% | 25.0% | 7.9% |
| **Total Number of Respondents:** | 82 | 56 |  |

Source:
  NERA Survey, Questions Q6, Q9, Q12.

# Exhibit A



**Melissa Pittaoulis**
Associate Director

National Economic Research Associates, Inc.
Three Logan Square, Suite 1100
Philadelphia, Pennsylvania 19103
+1 215 864 3880 Fax +1 215 864 3849
Direct dial: 215-864-3879
melissa.pittaoulis@nera.com
www.nera.com

# Melissa Pittaoulis
## Associate Director

Dr. Pittaoulis is an Associate Director based in NERA's Philadelphia office. Dr. Pittaoulis specializes in survey research, statistical sampling, and demography. Her survey research experience includes designing research, writing questionnaires, supervising data collection, and analyzing data. In addition to designing surveys, Dr. Pittaoulis also reviews and evaluates third-party surveys.

Dr. Pittaoulis has extensive experience working on surveys used in intellectual property disputes concerning false advertising and trademark and trade dress infringement. In the area of trademark and trade dress infringement, Dr. Pittaoulis' project experience includes participating in the design of surveys used to establish likelihood of confusion, secondary meaning, and genericness. She has conducted false advertising and trademark surveys using different modes of data collection, including telephone, mall-intercept, and the Internet.

Dr. Pittaoulis also has experience designing and evaluating conjoint surveys used to assess the value of product features. Such surveys are used in a variety of contexts, including patent cases, class actions, and antitrust matters.

Dr. Pittaoulis' sampling expertise includes designing sampling plans, selecting samples, and calculating sample estimates and confidence intervals. Her demography work has concentrated on producing population estimates used in determining class certification.

Dr. Pittaoulis has worked on survey and sampling projects in a wide variety of industries, including: automobiles, beverages, beauty products, clothing apparel, computers, financial products, insurance, mobile phones, personal care products, pharmaceuticals, snack foods, and video games. In addition, Dr. Pittaoulis has considerable experience with radio and television audience measurement. She has also conducted studies on cost-sharing in the Medicare Part D program.

In addition to her work at NERA, Dr. Pittaoulis has taught statistics at the undergraduate level at Temple University.

Melissa Pittaoulis

## Education

**Temple University**
Ph.D., Sociology 2012
M.A., Sociology, 2004

**La Salle University**
B.A., Sociology and Criminal Justice, 2000

## Professional Experience

|  | **NERA Economic Consulting** |
|--|--|
| 2017-Present | Associate Director |
| 2013-2017 | Senior Consultant |
| 2011-2013 | Consultant |
| 2006-2011 | Senior Analyst |
| 2003-2006 | Research Associate |

2003-2005    **Temple University**
Instructor
Taught undergraduate courses in statistics

Teaching Assistant
Taught lab sections for undergraduate courses in statistics

## Honors and Professional Activities

University Fellowship, Temple University, 2002-2006
University Scholarship, La Salle University, 1996-2000
Member, American Association of Public Opinion Research
Member, American Sociological Association
Member, International Trademark Association
Member, DRI

Melissa Pittaoulis

## Presentations

**Presenter**

Participant on panel entitled "Building a Defensive IP Strategy: Leveraging the Favorable Landscape." Centerforce IP Strategy Summit Series, June 7, 2017.

"Competitor's Comparative Advertising: Practical Guide and Best Practices in Winning Your Claims in 2016." Webinar presented by The Knowledge Group in 2016.

"Hot Topics in Online Behavioral Advertising for 2015 Explored!"  Webinar presented by The Knowledge Group in 2015.

"Attitudes and Approaches Towards Choosing a College Major" at American Sociological Association in 2013.

"Designing and Defending Surveys Used in Commercial Litigation" at American Association of Public Opinion Research in 2013.

"College Students' Motivations for Choosing Academic Majors," at Eastern Sociological Society in 2010.

 "The Impact of Work-Family Conflict on Job Satisfaction," at Eastern Sociological Society in 2005.

**Presider**

Eastern Sociological Society, Philadelphia, Pennsylvania March 2010

## Papers and Publications

"Control Groups in Lanham Act Surveys," with Eugene P. Ericksen, *The Trademark Reporter*, May-June 2014 Vol. 104 No. 3.

"Comments on EPA's Notice of Data Availability for §316(b) Stated Preference Survey," with David Harrison et al., NERA Working Paper, July 2012.

"How Much Does that Medication Cost? A Study of Medicare Beneficiaries' Knowledge of Out-of-Pocket Costs for Prescription Drugs on the Specialty Tier," with Eugene P. Ericksen, NERA Working Paper, August 2011.

Melissa Pittaoulis

## Expert Testimony

*Tracy Sanborn and Louis Lucrezia et al.\* v. Nissan North America Inc., Nissan Motor Company, LTD.*, United States District Court, Southern District of Florida [Deposition: February 11, 2016]

*Terrance Justice, Andrea Hatfield et al.\* v. Rheem Manufacturing Company,* United States District Court, Southern District of Florida [Deposition: March 1, 2016]

*Edible Arrangements International, LLC and Edible Arrangements, LLC v. 1-800-Flowers.com, Inc., 800-Flowers, Inc.\*, and June V. Delaney and David Delaney d/b/a Fruit Bouquets Staten Island*, United States District Court, District of Connecticut [Deposition: May 3, 2016]

*In Re: Fluidmaster, Inc. Water Connector Components Products Liability Litigation*, United States District Court, Northern District of Illinois [Deposition: June 6, 2016]

*Trump Old Post Office, LLC\* v. CZ-National, LLC and BVS Acquisition Co.*, LLC Superior Court for the District of Columbia, Civil Division [Deposition: July 7, 2016]

*Wendy and Nicholas Grasso et al.\* v. Electrolux Home Products, Inc.*, United States District Court, Middle District of Florida, Tampa Division [Deposition: October 12, 2016]

*The Hilsinger Company\* v. FBW Investments, LLC and Kleen Concepts, LLC.*, United States District Court, District of Massachusetts [Deposition: February 15, 2017]

*Hi-Tech Pharmaceuticals, Inc.\* v. Dynamic Sports Nutrition, LLC d/b/a Anabolic Research, PBB Trademark Holdings, LLC, and Brian Clapp.*, United States District Court, Northern District of Georgia, Atlanta Division [Deposition: March 15, 2017]

*Central Bank & Trust Co. v. Gannett Satellite Information Network, Inc.\* and James Pilcher,* Commonwealth of Kentucky, Fayette Circuit Court, Division 4 [Deposition: August 8, 2017]


\*Retaining Party

# Exhibit B

**Exhibit B**
**Documents Relied Upon**

**Legal Documents**

– First Amended Complaint, *Hypnotic Hats, LTD. v. Wintermantel Enterprises, LLC, Hype Socks, LLC, and Hype Cheer, LLC*, Exhibit P-20. Case No. 1:15-cv-06478 (ALC)

**Deposition**

– Deposition of 30(b)(6) Witness, Howard Levy, September 28, 2017.

– Rule 30(B)(6) Deposition of Hype Cheer, Inc. by Joshua Wintermantel, September 26, 2017.

– Deposition of Joshua Wintermantel, September 27, 2017 at 9:03 a.m.

– Deposition of Joshua Wintermantel, September 27, 2017 at 1:36 p.m.

– Confidential Portions of Deposition of Joshua Wintermantel, September 27, 2017 (testimony from page 61).

– Confidential Portions of Deposition of Joshua Wintermantel, September 27, 2017 (testimony from page 521).

– *Hypnotic Hats, LTD. v. Wintermantel Enterprises, LLC, Hype Socks, LLC, and Hype Cheer, LLC*, Deposition Exhibit P-20. Case No. 1:15-cv-06478-ALC-JCF

– *Hypnotic Hats, LTD. v. Wintermantel Enterprises, LLC, Hype Socks, LLC, and Hype Cheer, LLC*, Deposition Exhibit P-21. Case No. 1:15-cv-06478-ALC-JCF

– *Hypnotic Hats, LTD. v. Wintermantel Enterprises, LLC, Hype Socks, LLC, and Hype Cheer, LLC*, Deposition Exhibit P-23. Case No. 1:15-cv-06478-ALC-JCF

– *Hypnotic Hats, LTD. v. Wintermantel Enterprises, LLC, Hype Socks, LLC, and Hype Cheer, LLC*, Deposition Exhibit P-24. Case No. 1:15-cv-06478-ALC-JCF

– *Hypnotic Hats, LTD. v. Wintermantel Enterprises, LLC, Hype Socks, LLC, and Hype Cheer, LLC*, Deposition Exhibit P-27. Case No. 1:15-cv-06478-ALC-JCF

– *Hypnotic Hats, LTD. v. Wintermantel Enterprises, LLC, Hype Socks, LLC, and Hype Cheer, LLC*, Deposition Exhibit P-28. Case No. 1:15-cv-06478-ALC-JCF

**Articles and Book Chapters**

– Diamond, Shari S. 2011. "Reference Guide on Survey Research," pp. 359-423 in the *Reference Manual on Scientific Evidence,* Committee on the Development of the Third

Edition of the Reference Manual on Scientific Evidence, Federal Judicial Center, National Research Council.

– Diamond, Shari Seidman and Jerre Swann. 2012. "Editors' Note on Chapter 14" Pp. 327 in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, edited by Shari S. Diamond and Jerre B. Swann. American Bar Association, Section of Intellectual Property Law.

– Federal Judicial Center. 2004. *Manual for Complex Litigation, Fourth Edition*, §11.493, pp.102-104.

– Ford, Gerald L. 2012. "Survey Percentages in Lanham Act Matters." Pp. 311-326 in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, edited by Shari S. Diamond and Jerre B. Swann. American Bar Association, Section of Intellectual Property Law.

– McCarthy, J. Thomas. "Chapter 32. Procedure in Trademark Infringement and Unfair Competition Litigation: Relevant 'universe' surveyed  – Defining the universe." *McCarthy on Trademarks and Unfair Competition, Fourth Edition*; West Group. Vol 6. § 32:159.

– Swann, Jerre B. 2012. "Likelihood of Confusion." Pp. 53-77 in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, edited by Shari S. Diamond and Jerre B. Swann. American Bar Association, Section of Intellectual Property Law.

– Swann, Jerre B. 2016. "Eveready and Squirt-Cognitively Updated." *The Trademark Reporter*, 106(4):727-753.

**Other Documents**
– Initial Catalogue # 1 57201511.pdf.

– Hype Socks Non-Team Customers # 1 57213544.docx: A list of Hype customers.

– Image 20171016_084154.jpg: Hyp socks.

– Image 20171016_084203.jpg: Hyp socks.

– Image 20171016_095212.jpg: Hyp socks.

– Exhibits A & B for Response Letter #1 53242190.pdf.

**Websites**
– Carnegie Mellon University. "CAPTCHA: Telling Humans and Computers Apart Automatically," CAPTCHA. Retrieved October 26, 2017. (http://www.captcha.net/).

– Survey Sampling International. 2017. "Who is SSI & Why Should You Care?" Retrieved October 26, 2017 (https://www.surveysampling.com/site/assets/files/1057/ssi-capabilities-brochure.pdf).

– Survey Sampling International. 2017. "ESOMAR 28: 28 Questions to Help Research Buyers of Online Sample." Retrieved October 26, 2017 (https://www.surveysampling.com/site/assets/files/1069/esomar-28-questions.pdf).

# Exhibit C

## Images Shown in
## First Section of Survey















# Exhibit D
# Test Group Stimuli
# HYPE Socks

Coach:

Over the past 18 months, things have changed with team apparel. It is now standard to have custom socks for your team as part of your uniform. I am the National Sales Director at Hype Socks and we have interest in supplying your program with custom athletic socks. With offices located in both Atlanta, GA and Columbus, OH, we are eager to serve our customers with the best customer service and custom socks!

**\*Football \* Basketball \* Baseball \* Softball \* Volleyball \* Soccer \* Lacrosse \* Wrestling \* Track & Field \* Cheerleading \* Crossfit**

**Your Young athletes love this style of sock**

We manufacture high quality performance socks here in the United States for teams and individuals for any sport with unlimited customizations. We have the lowest turnaround time in the nation. (3 to 4 Weeks). **See Attached Catalog (shown on next screen) for the most popular designs.**

Please directly respond to this email and send me your color scheme, logo, and any customizations needed and I will have visual mock ups made immediately for your review.

We look forward to hearing from you soon.

Thank you.

Hype Socks
National Sales Director
www.hypesocks.com



# YOUR GUIDE TO DESIGNING YOUR TEAM'S HYPE SOCKS.

Customization Options . . . . . . . . . . . . . . . . . . . . . . . 2

Sizing Chart, Color Chart, Lengths . . . . . . . . . . . . . . . 4

Basketball . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Football . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Baseball & Softball . . . . . . . . . . . . . . . . . . . . . . . 9

Soccer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Hype for All Sports . . . . . . . . . . . . . . . . . . . . . . . 13

Hype Awareness . . . . . . . . . . . . . . . . . . . . . . . . . 15

Contact Information . . . . . . . . . . . . . . . . . . . . . . . 17

## FULLY CUSTOMIZABLE FOR ANY SPORT

Outfit your team. Add your own customization. Options include:





# JOIN THE HYPE.

Our name speaks for itself. Here at Hype Socks, we are a group of passionate entrepreneurs who all share the same common goal: Spreading the Hype about custom athletic socks!

Hype Socks was created to bring you a fully customizable sock perfect for any sport or occasion. Through our research and development, we have found an odor-resistant, moisture-managing material that our athletes love! Our fully customizable sock catalog with sport specific choices leaves customers with endless options. At Hype Socks, we want you to have full command over the design and style of your custom socks. You will work closely with one of our experienced inside account executives to design a killer sock that is sure to stand out on any playing field.

What sets us apart from our competitors is attention to detail, unmatched customer service, the quality of our product, and the fastest turn around time in the country! (2-4 Weeks). On top of all that, every sock that we knit is manufactured in the United States. We are working diligently to help bring more jobs back to the US. Will you help us?

**SEE WHAT ALL THE HYPE IS ABOUT!**

## SIZING CHART

| | | | |
|---|---|---|---|
| 3 – 6 | **YOUTH** | 6 – 8 | **YOUTH** |
| 6.5 – 8 | **SMALL** | 8.5 – 10 | **SMALL** |
| 8.5 – 10 | **MEDIUM** | 10.5 – 13 | **MEDIUM** |
| 10.5 – 13 | **LARGE** | 13.5 | **LARGE** |
| 14+ | **XL** | | |

**MEN'S SHOE SIZES**   **WOMEN'S SHOE SIZES**

## COLOR CHART

| | |
|---|---|
| Black | Volt |
| Grey | Yellow |
| Green | Gold |
| Neon Green | Vegas Gold |
| Dark Green | Brown |
| White | Orange |
| Blue | Red |
| Navy | Pink |
| Teal | Purple |
| Light Blue | Maroon |

CUSTOM COLORS AVAILABLE
LIMIT FOUR COLORS

## LENGTHS



**ANKLE**   **QUARTER**

**CREW**   **KNEE HIGH**

**EUROPEAN**

3

Need them quick?
Rush delivery available!



Add jersey numbers
for $5.95

# BASKETBALL

Choose from our unlimited color combinations. These socks are available with or without a logo, and include one text option. Show your team spirit with the name of your program, or get creative with a slogan. Additional customization options on the toe and on the foot are available! Please see some examples below and ask your representative for ideas!

### BASIC CREW

Includes logo and one text option at no additional cost.



### HYPE 2.0

2.0 design includes logo and one text option at no additional cost.



### HYPE STRIPE 

Hype Stripe includes logo and one text option at no additional cost.



### ADD MORE HYPE

Extra customization available.
(Additional costs may apply)



Customize the inside/outside brim of the socks, up to 7 characters

**INSIDE/OUTSIDE BRIM TEXT**



Add toe customization, no character limitations

**TOE TEXT**



Add a phrase or a logo to the side of the foot, limitations based on size

**FOOT TEXT/LOGO**

# FOOTBALL

Featured in our football sock collection are this season's top sellers. Available in any length or colors, you're guaranteed to find a sock to fit your needs. All of these options are available with or without a logo, and include one text option. You can order a knee high or crew length for the athletes, and a quarter length for the cheerleading squad. Please see some examples below and ask your representative for ideas!

### BASIC CREW

Includes logo and one text option at no additional cost.



### BASIC QUARTER

Available in any color, and includes one logo **or** one text option.



### KNEE HIGH

Includes logo and one text option at no additional cost.



Includes logo and one text option at no additional cost

**SOLID-COLOR**



Includes logo and one text option at no additional cost

**TWO-TONE**



Includes custom stripe placement, logo, and one text option

**STRIPE**

### ADD SOME HYPE   Extra customization available. (Additional costs may apply)



Customize the inside/outside brim of the socks, up to 7 characters

**INSIDE/OUTSIDE BRIM TEXT**



Add toe customization, no character limitations

**TOE TEXT**



Add a phrase or a logo to the side of the foot, limitations based on size

**FOOT TEXT/LOGO**

Add your initials for $5.95

# BASEBALL & SOFTBALL

These Hype Softball and Baseball socks have never been seen before! We're ready to bring customization to America's greatest pastime. Available in different styles, each softball and baseball sock includes custom stripe placement, a logo, and one text option. Additional logos and text options are available at extra costs. Please see some examples below and ask your representative for ideas!

**All Baseball and Softball socks are made of 100% heavyweight nylon.**

## CUSTOM STIRRUP

Custom stripe placement and available in any color combination.



*No logo or text customizations available on Custom Stirrups. Available in 4", 6", 9", or 12"

## TUBE MEASUREMENTS

| 16" TUBE | YOUTH |
|----------|-------|
| 16" TUBE | SMALL |
| 19" TUBE | MEDIUM |
| 25" TUBE | LARGE |
| 25" TUBE | XL |

## BASIC KNEE HIGH

Includes logo and one text option at no additional cost.



Includes logo and one text option at no additional cost

### SOLID-COLOR



Includes custom stripe placement, logo, and one text option

### RING



Includes logo and one text option at no additional cost

### STIRRUP STRIPE

## ADD SOME HYPE   Extra customization available. (Additional costs may apply)

| | | | |
|--|--|--|--|
| Customize the inside/outside brim of the socks, up to 7 characters | Add toe customization, no character limitations | Add a phrase or a logo to the side of the foot, limitations based on size |
| **INSIDE/OUTSIDE BRIM TEXT** | **TOE TEXT** | **FOOT TEXT/LOGO** |



Order **Custom Armbands** to match!

Complicated Logo? We Can Embroider It!

Interlocking Moisture Managing Material

# SOCCER

Look your best on the field! Custom soccer socks are available in any colors. Customize everything from your team name, to your logo, and even where those customizations are located! Our Pro-Style Soccer socks are made to extend over the knee, and to be folded down to the middle of the shin. Soccer socks only include one logo placement, however, additional customization options are available. Please see some examples below and ask your representative for ideas!



## EUROPEAN



Includes logo and one text option at no additional cost

### SOLID-COLOR

Includes logo and one text option at no additional cost

### TWO-TONE

Includes custom stripe placement, logo, and one text option

### RING STRIPE

## ADD MORE HYPE

**Extra customization available.**
(Additional costs may apply)



Customize the inside/outside brim of the socks, up to 7 characters

### INSIDE/OUTSIDE BRIM TEXT



Add toe customization, no character limitations

### TOE TEXT



Add a phrase or a logo to the side of the foot, limitations based on size

### FOOT TEXT/LOGO

# HYPE SOCKS FOR ALL SPORTS

Basketball, football, baseball, softball, lacrosse, volleyball, wrestling, soccer, golf, cheer, cross country, track, hockey, and tennis. Don't see your sport on the list? Hype Socks can create custom socks for any sport or occasion!



Now available –
**Hype Ankle
Compression!**

### LACROSSE



### RUGBY



### TRACK & FIELD



### VOLLEYBALL



### GOLF



**ANY
SPORT!**



Performance sports bras
at Hypecheer.com

# HYPE AWARENESS

It's hard to say what's more comforting, the arch padding on all of our awareness socks, or the hope that stands behind every ribbon. With each pair of awareness socks sold, Hype Socks will donate $1.00 to the respective cause. Don't see your cause on the list? Let us know! – These can be customized too!

### BASIC ANKLE

Includes logo **or** one text option at no additional cost.



### BASIC CREW

Includes logo and one text option at no additional cost.



### BASIC QUARTER

Includes logo and one text option at no additional cost.



### KNEE HIGH

Includes logo and one text option at no additional cost.



## STIRRUP AND EUROPEAN STYLES
## ALSO AVAILABLE



## CONTACT US

**NUMBER:**
1 (866) 762–5734

**EMAIL:**
teamorders@hypesocks.com

**ADDRESS:**
33 North 3rd Street Suite 410
Columbus, OH 43215

# PLACE YOUR ORDER TODAY!

WWW.HYPESOCKS.COM



WWW.HYPESOCKS.COM

# Exhibit E
# Control Group Stimuli
# HIVE Socks

Coach:

Over the past 18 months, things have changed with team apparel. It is now standard to have custom socks for your team as part of your uniform. I am the National Sales Director at Hive Socks and we have interest in supplying your program with custom athletic socks. With offices located in both Atlanta, GA and Columbus, OH, we are eager to serve our customers with the best customer service and custom socks!

**\*Football \* Basketball \* Baseball \* Softball \* Volleyball \* Soccer \* Lacrosse \* Wrestling \* Track & Field \* Cheerleading \* Crossfit**

**Your Young athletes love this style of sock**

We manufacture high quality performance socks here in the United States for teams and individuals for any sport with unlimited customizations. We have the lowest turnaround time in the nation. (3 to 4 Weeks). **See Attached Catalog (shown on next screen) for the most popular designs.**

Please directly respond to this email and send me your color scheme, logo, and any customizations needed and I will have visual mock ups made immediately for your review.

We look forward to hearing from you soon.

Thank you.

Hive Socks
National Sales Director
www.hivesocks.com



www.hivesocks.com

# YOUR GUIDE TO DESIGNING YOUR TEAM'S HIVE SOCKS.

Customization Options . . . . . . . . . . . . . . . . . . . . . . . . . 2

Sizing Chart, Color Chart, Lengths . . . . . . . . . . . . . . . . 4

Basketball . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Football . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Baseball & Softball . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Soccer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

All Sports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Awareness . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

Contact Information . . . . . . . . . . . . . . . . . . . . . . . . . . 17

## FULLY CUSTOMIZABLE FOR ANY SPORT

Outfit your team. Add your own customization. Options include:



Outer & Inner Brim

Front & Side

Back

Toe

Bridge

# JOIN THE HIVE

Our name speaks for itself. Here at Hive Socks, we are a group of passionate entrepreneurs who all share the same common goal: Spreading the word about custom athletic socks!

Hive Socks was created to bring you a fully customizable sock perfect for any sport or occasion. Through our research and development, we have found an odor-resistant, moisture-managing material that our athletes love! Our fully customizable sock catalog with sport specific choices leave customers with endless options. At Hive Socks, we want you to have full command over the design and style of your custom socks. You will work closely with one of our experienced inside account executives to design a killer sock that is sure to stand out on any playing field.

What sets us apart from our competitors is attention to detail, unmatched customer service, the quality of our product, and the fastest turn around time in the country! (2-4 Weeks.) On top of all that, every sock that we knit is manufactured in the United States. We are working diligently to help bring more jobs back to the U.S. Will you help us?

## SIZING CHART

| 3 – 6 | YOUTH | 6 – 8 | YOUTH |
|---|---|---|---|
| 6.5 – 8 | SMALL | 8.5 – 10 | SMALL |
| 8.5 – 10 | MEDIUM | 10.5 – 13 | MEDIUM |
| 10.5 – 13 | LARGE | 13.5 | LARGE |
| 14+ | XL | | |

MEN'S SHOE SIZES          WOMEN'S SHOE SIZES

## COLOR CHART

| | | | |
|---|---|---|---|
| ● | Black | ● | Volt |
| ● | Grey | ● | Yellow |
| ● | Green | ● | Gold |
| ● | Neon Green | ● | Vegas Gold |
| ● | Dark Green | ● | Brown |
| ○ | White | ● | Orange |
| ● | Blue | ● | Red |
| ● | Navy | ● | Pink |
| ● | Teal | ● | Purple |
| ● | Light Blue | ● | Maroon |

CUSTOM COLORS AVAILABLE
LIMIT FOUR COLORS

## LENGTHS



ANKLE          QUARTER

CREW          KNEE HIGH

EUROPEAN



**Need them quick?**
Rush delivery available!

Add jersey numbers
for \$5.95

# BASKETBALL

Choose from our unlimited color combinations. These socks are available with or without a logo, and include one text option. Show your team spirit with the name of your program, or get creative with a slogan. Additional customization options on the toe and on the foot are available! Please see some examples below and ask your representative for ideas!

## BASIC CREW

Includes logo and one text option at no additional cost.



## HIVE 2.0

2.0 design includes logo and one text option at no additional cost.



## HIVE STRIPE 🆕

Hive Stripe includes logo and one text option at no additional cost.



## ADD MORE

Extra customization available.
(Additional costs may apply)



Customize the inside/outside brim of the socks, up to 7 characters

**INSIDE/OUTSIDE BRIM TEXT**



Add toe customization, no character limitations

**TOE TEXT**



Add a phrase or a logo to the side of the foot, limitations based on size

**FOOT TEXT/LOGO**

# FOOTBALL

Featured in our football sock collection are this season's top sellers. Available in any length or colors, you're guaranteed to find a sock to fit your needs. All of these options are available with or without a logo, and include one text option. You can order a knee high or crew length for the athletes, and a quarter length for the cheerleading squad. Please see some examples below and ask your representative for ideas!

Add your initials
for $5.95

### BASIC CREW

Includes logo and one text option at no additional cost.



### BASIC QUARTER

Available in any color, and includes one logo **or** one text option.



### KNEE HIGH

Includes logo and one text option at no additional cost.



Includes logo and one text option at no additional cost

#### SOLID-COLOR



Includes logo and one text option at no additional cost

#### TWO-TONE



Includes custom stripe placement, logo, and one text option

#### STRIPE

### ADD MORE

Extra customization available. (Additional costs may apply)



Customize the inside/outside brim of the socks, up to 7 characters

**INSIDE/OUTSIDE BRIM TEXT**



Add toe customization, no character limitations

**TOE TEXT**



Add a phrase or a logo to the side of the foot, limitations based on size

**FOOT TEXT/LOGO**

7

# BASEBALL & SOFTBALL

These Hive Softball and Baseball socks have never been seen before! We're ready to bring customization to America's greatest pastime. Available in different styles, each softball and baseball sock includes custom stripe placement, a logo, and one text option. Additional logos and text options are available at extra costs. Please see some examples below and ask your respresentative for ideas!

**All Baseball and Softball socks are made of 100% heavyweight nylon.**

Order **Custom Armbands** to match!

Complicated Logo?
We Can Embroider It!

Interlocking Moisture
Managing Material

## CUSTOM STIRRUP

Custom stripe placement and available in any color combination.



*No logo or text customizations available on Custom Stirrups. Available in 4", 6", 9", or 12"

## TUBE MEASUREMENTS

| 16" TUBE | YOUTH |
|----------|--------|
| 16" TUBE | SMALL |
| 19" TUBE | MEDIUM |
| 25" TUBE | LARGE |
| 25" TUBE | XL |

## BASIC KNEE HIGH

Includes logo and one text option at no additional cost.



Includes logo and one text option at no additional cost

### SOLID-COLOR



Includes custom stripe placement, logo, and one text option

### RING



Includes logo and one text option at no additional cost

### STIRRUP STRIPE

## ADD MORE

Extra customization available. (Additional costs may apply)



Customize the inside/outside brim of the socks, up to 7 characters

**INSIDE/OUTSIDE BRIM TEXT**

Add toe customization, no character limitations

**TOE TEXT**



Add a phrase or a logo to the side of the foot, limitations based on size

**FOOT TEXT/LOGO**

# SOCCER

Look your best on the field! Custom soccer socks are available in any colors. Customize everything from your team name, to your logo, and even where those customizations are located! Our Pro-Style Soccer socks are made to extend over the knee, and to be folded down to the middle of the shin. Soccer socks only include one logo placement, however, additional customization options are available. Please see some examples below and ask your representative for ideas!



## EUROPEAN

Includes logo and one text option at no additional cost

**SOLID-COLOR**

Includes logo and one text option at no additional cost

**TWO-TONE**

Includes custom stripe placement, logo, and one text option

**RING STRIPE**



## ADD MORE

**Extra customization available.**
(Additional costs may apply)

Customize the inside/outside brim of the socks, up to 7 characters

**INSIDE/OUTSIDE BRIM TEXT**

Add toe customization, no character limitations

**TOE TEXT**

Add a phrase or a logo to the side of the foot, limitations based on size

**FOOT TEXT/LOGO**





Now available -
Hive ankle
Compression

# HIVE SOCKS FOR ALL SPORTS

Basketball, football, baseball, softball, lacrosse, volleyball, wrestling, soccer, golf,
cheer, cross country, track, hockey, and tennis. Don't see your sport on the list?
Hive Socks can create custom socks for any sport or occasion!

**LACROSSE**



**TRACK & FIELD**



**GOLF**



**RUGBY**



**VOLLEYBALL**



**ANY
SPORT!**

13



Performance sports bras
at Hivecheer.com

# HIVE AWARENESS

It's hard to say what's more comforting, the arch padding on all of our awareness socks, or the hope that stands behind every ribbon. With each pair of awareness socks sold, Hive Socks will donate $1.00 to the respective cause. Don't see your cause on the list? Let us know! - These can be customized too!

### BASIC ANKLE

Includes logo **or** one text option at no additional cost.



### BASIC CREW

Includes logo and one text option at no additional cost.



### BASIC QUARTER

Includes logo and one text option at no additional cost.



### KNEE HIGH

Includes logo and one text option at no additional cost.



## STIRRUP AND EUROPEAN STYLES
## ALSO AVAILABLE

# CONTACT US

**NUMBER:**
1 (866) 762–5734

**EMAIL:**
teamorders@hivesocks.com

**ADDRESS:**
33 North 3rd Street Suite 410
Columbus, OH 43215

# PLACE YOUR ORDER TODAY!

WWW.HIVESOCKS.COM





WWW.HIVESOCKS.COM

# Exhibit F

# ATHLETIC SOCKS SURVEY

---

**[PROGRAMMER NOTES IN BOLD CAPS AND BRACKETS]**

**[DO NOT ALLOW ROUTED SURVEY TRAFFIC]**

**[PROGRAMMER: DISABLE RESUME LATER BUTTON FOR ENTIRE SURVEY]**

**[PROGRAMMER: DISABLE BACK BUTTON FOR ENTIRE SURVEY]**

**[EACH QUESTION APPEARS ON INDIVIDUAL PAGE]**

**[DIGITAL FINGERPRINTING SHOULD BE USED TO AVOID REPEAT PARTICIPATION]**

---

**INTRODUCTION**

Thank you for your willingness to participate in our study. The responses you give to our questions are very important to us.  If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response. Please do <u>not</u> guess.

During the survey, please do not use your browser's *FORWARD* and *BACK* buttons.  Instead, please always use the button below to move through the survey.

Simply click on the ">" button at the bottom of the page to begin the survey.

**[DISPLAY ON NEW PAGE]**
**Before continuing with this survey, please carefully read these instructions:**

- Please take the survey in <u>one</u> session.

- While completing this survey, please do <u>not</u> visit any other websites or refer to any outside websites for help in answering the survey questions.

- While completing this survey, please do <u>not</u> open any other windows or tabs on this computer or any other computer.

- While taking this survey, please do <u>not</u> use any hand-held electronic device, such as a cell phone or tablet computer.

- Please do <u>not</u> view any other written material while taking this survey.

- Please do <u>not</u> ask anyone else for help in answering the survey questions.

S1.     Please enter the code exactly as it appears in the image below, and then click ">"to continue. Please note that the code is case sensitive.

  **[INSERT CAPTCHA CENTERED ON PAGE]**

  **[ALLOW THREE TRYS. IN ERROR MESSAGE, MENTION TEXT IS CASE SENSITIVE]**

  **[TERMINATE IF CAPTCHA INPUTTED VS. WHAT IS DISPLAYED IS INCORRECT]**

1

S2.    What type of device are you using to complete this survey?

    1.   Desktop computer
    2.   Laptop computer
    3.   Tablet computer
    4.   Mobile phone or cell phone        **[TERMINATE]**
    5.   Something else (Please specify)  **[TERMINATE]**

S3.    Are you…..

    1.   Male
    2.   Female

**[TERMINATE IF GENDER DOES NOT MATCH PANEL DATA]**

S4.    Please select your age.

**[INSERT DROP DOWN BOX WITH AGES UP TO 99 AND A "Prefer not to answer" OPTION. TERMINATE IF UNDER 18. TERMINATE IF PREFER NOT TO ANSWER.]**
**[TERMINATE IF AGE DOES NOT MATCH PANEL DATA]**

**[PROGRAMMER: INCLUDE HIDDEN VARIABLE CAPTURING AGE CATEGORY: 18-29, 30-44, 45-54, AND 55+.]**

S5.    In which state do you currently live?
**[INSERT DROP DOWN BOX WITH LIST OF STATES, INCLUDE DC AND "Outside of US". TERMINATE IF OUTSIDE US.]**

S6.    Please enter your zip code.

**[TERMINATE IF RESPONDENT'S ZIP DOES NOT MATCH STATE]**

S7.    Do you or does anyone in your household work for any of the following?

**[RANDOMIZE ORDER]**

|  | Yes | No | Don't Know |
|---|---|---|---|
| An advertising company | **TERMINATE** |  | **TERMINATE** |
| A market research company | **TERMINATE** |  | **TERMINATE** |
| An insurance company |  |  |  |
| A company that makes or distributes sports equipment |  |  |  |
| A company that makes or distributes clothing or accessories | **TERMINATE** |  | **TERMINATE** |
| A company that makes or distributes books |  |  |  |
| A travel agency |  |  |  |

2

S8.    Within the past 6 months, have you completed a survey on any of the following topics?

**[RANDOMIZE ORDER]**

|  | Yes | No | Don't Know |
|---|---|---|---|
| Hats, socks or other clothing accessories | **TERMINATE** |  | **TERMINATE** |
| Books |  |  |  |
| Broadway shows |  |  |  |
| Foreign travel |  |  |  |
| Sports gear, such as uniforms or equipment | **TERMINATE** |  | **TERMINATE** |

S9.    Within the **past 12 months**, did you …

**[RANDOMIZE ORDER]**

|  | Yes | No | Don't Know |
|---|---|---|---|
| Coach a sports team |  |  |  |
| Participate on a sports team |  |  |  |
| Have your child participate on a sports team |  |  |  |
| Attend a National Football League game |  |  |  |
| Attend a Major League Baseball game |  |  |  |
| Visit a sports hall of fame museum |  |  |  |

S10.    Within the **next 12 months**, do you expect to…

**[RANDOMIZE ORDER]**

|  | Yes | No | Don't Know |
|---|---|---|---|
| Coach a sports team |  |  |  |
| Participate on a sports team |  |  |  |
| Have your child participate on a sports team |  |  |  |
| Attend a National Football League game |  |  |  |
| Attend a Major League Baseball game |  |  |  |
| Visit a sports hall of fame museum |  |  |  |

**IF RESPONDENT COACHED A SPORTS TEAM (S9) OR EXPECTS TO COACH A SPORTS TEAM (S10), GO TO S11.**
**ALL ELSE:**
**IF A RESPONDENT OR THEIR CHILD PARTICIPATED ON A SPORTS TEAM (S9) OR EXPECTS TO PARTICIPATE ON A SPORTS TEAM, GO TO S15. ALL OTHERS, TERMINATE.**

3

**[ASK IF S9= COACHED A SPORTS TEAM]**

S11.   You mentioned that you coached a sports team in the past 12 months. Which, if any, of the following sports you have coached in the **past 12 months**?

|  | Yes | No | Don't Know |
|---|---|---|---|
| Baseball | | | |
| Basketball | | | |
| Cheerleading | | | |
| Cross-country | | | |
| Football | | | |
| Golf | | | |
| Hockey | | | |
| Lacrosse | | | |
| Rugby | | | |
| Softball | | | |
| Soccer | | | |
| Swimming | | | |
| Tennis | | | |
| Track & Field | | | |
| Volleyball | | | |
| Wrestling | | | |

**[INSERT BOX FOR OTHER (*Please Specify*)]**

4

**[ASK IF S10= COACHED A SPORTS TEAM]**

S12.  You mentioned that you expect to coach a sports team within the next 12 months. Which, if any, of the following sports you expect to coach in the **next 12 months**?

|  | Yes | No | Don't Know |
|---|---|---|---|
| Baseball | | | |
| Basketball | | | |
| Cheerleading | | | |
| Cross-country | | | |
| Football | | | |
| Golf | | | |
| Hockey | | | |
| Lacrosse | | | |
| Rugby | | | |
| Softball | | | |
| Soccer | | | |
| Swimming | | | |
| Tennis | | | |
| Track & Field | | | |
| Volleyball | | | |
| Wrestling | | | |

**[INSERT BOX FOR OTHER (*Please Specify)*]**


**[ASK IF S9= COACHED A SPORTS TEAM]**

S13.  Within the **past 12 months**, did you <u>purchase or order</u> any of the following products for your team?

**[RANDOMIZE ORDER]**

|  | Yes | No | Don't Know |
|---|---|---|---|
| Socks | | | |
| Uniforms | | | |
| Sports equipment | | | |
| Sports Bags | | | |

**[ASK IF S10= COACHED A SPORTS TEAM]**

S14.   Within the **next 12 months**, do you expect to purchase or order any of the following products for your team?

**[RANDOMIZE ORDER]**

|  | Yes | No | Don't Know |
|---|---|---|---|
| Socks |  |  |  |
| Uniforms |  |  |  |
| Sports equipment |  |  |  |
| Sports Bags |  |  |  |

**TO CONTINUE, RESPONDENT MUST HAVE PURCHASED SOCKS IN PAST 12 MONTHS OR EXPECT TO PURCHASE IN NEXT 12 MONTHS.**

**CREATE HIDDEN VARIABLE "COACH"**
     **1-   PAST PURCHASER ONLY (QUALIFIED ON S13 ONLY)**
     **2-   FUTURE PURCHASER ONLY (QUALIFIED ON S14 ONLY)**
     **3-   BOTH PAST AND FUTURE PURCHASER (QUALIFIED ON BOTH S13 AND S14)**
     **4-   NOT A COACH**
**IF RESPONDENT COACHED A SPORTS TEAM (S9) OR EXPECTS TO COACH A SPORTS TEAM (S10), GO TO S19.**

**[ASK IF S9= PARTICIPATED ON A SPORTS TEAM/CHILD PARTICIPATED ON SPORTS TEAM]**

S15.   You mentioned that either you or your child participated on a sports team in the past 12 months. In which, if any, of the following sports did you and/or your child participate during the **past 12 months**?

*Select all that apply*

|  | Yes | No | Don't Know |
|---|---|---|---|
| Baseball |  |  |  |
| Basketball |  |  |  |
| Cheerleading |  |  |  |
| Cross-country |  |  |  |
| Football |  |  |  |
| Golf |  |  |  |
| Hockey |  |  |  |
| Lacrosse |  |  |  |
| Rugby |  |  |  |
| Softball |  |  |  |
| Soccer |  |  |  |
| Swimming |  |  |  |
| Tennis |  |  |  |
| Track & Field |  |  |  |
| Volleyball |  |  |  |
| Wrestling |  |  |  |

**[INSERT BOX FOR OTHER (*Please Specify*)]**

**[ASK IF S10= PARTICIPATED ON A SPORTS TEAM/CHILD PARTICIPATED ON SPORTS TEAM]**

S16.   You mentioned that you expect either yourself or your child to participate on a sports team in the next 12 months. In which, if any, of the following sports do you expect you and/or your child to participate during the **next 12 months**?

*Select all that apply*

|  | Yes | No | Don't Know |
|---|---|---|---|
| Baseball | | | |
| Basketball | | | |
| Cheerleading | | | |
| Cross-country | | | |
| Football | | | |
| Golf | | | |
| Hockey | | | |
| Lacrosse | | | |
| Rugby | | | |
| Softball | | | |
| Soccer | | | |
| Swimming | | | |
| Tennis | | | |
| Track & Field | | | |
| Volleyball | | | |
| Wrestling | | | |

**[INSERT BOX FOR OTHER (*Please Specify*)]**


**[ASK IF S9= PARTICIPATED ON A SPORTS TEAM/CHILD PARTICIPATED ON SPORTS TEAM]**

S17.   Sports teams sometimes place bulk orders for equipment or uniforms to ensure that everyone on the team has the same gear, and one or more persons connected to the team may be responsible for placing the order.

Within the **past 12 months**, did you <u>purchase or order</u> any of the following products in bulk for your or your child's sports team?

**[RANDOMIZE ORDER]**

|  | Yes | No | Don't Know |
|---|---|---|---|
| Socks | | | |
| Uniforms | | | |
| Sports equipment | | | |
| Sports Bags | | | |

**[IF S10= PARTICIPATED ON A SPORTS TEAM/CHILD PARTICIPATED ON SPORTS TEAM]**

S18.   [DISPLAY IF S17 NOT ASKED: Sports teams sometimes place bulk orders for equipment or uniforms to ensure that everyone on the team has the same gear, and one or more persons connected to the team may be responsible for placing the order.]

Within the **next 12 months**, do you expect to <u>purchase or order</u> any of the following products in bulk for your or your child's sports team?

**[RANDOMIZE ORDER]**

|  | Yes | No | Don't Know |
|---|---|---|---|
| Socks |  |  |  |
| Uniforms |  |  |  |
| Sports equipment |  |  |  |
| Sports Bags |  |  |  |

**TO CONTINUE, RESPONDENT MUST HAVE PURCHASED SOCKS IN PAST 12 MONTHS OR EXPECT TO PURCHASE IN NEXT 12 MONTHS.**

**CREATE HIDDEN VARIABLE "PARTICIPANT"**
      **1-  PAST PURCHASER ONLY (QUALIFIED ON S17 ONLY)**
      **2-  FUTURE PURCHASER ONLY (QUALIFIED ON S18 ONLY)**
      **3-  BOTH PAST AND FUTURE PURCHASER (QUALIFIED ON BOTH S17 AND S18)**

S19.   This question is a little different. While most people carefully read and respond to the questions in our surveys, a small number do not. To verify that you have read this question carefully, please select the **[RANDOMLY ASSIGN FIRST, SECOND, THIRD, FOURTH, OR FIFTH]** response from the list below.

     1.   Extremely Important
     2.   Very Important
     3.   Somewhat Important
     4.   Not at all Important
     5.   Don't know/Not sure

**[TERMINATE IF RESPONDENT SELECTS WRONG ANSWER]**

# MAIN SURVEY

**SECTION ONE**

The remainder of this survey will be divided into three sections. **This is this first section of the survey**.

In this section, you are going to see some socks that you might see if you were shopping. Please look at these products as you normally would if you were considering purchasing them. Take as much time as you would like to look at each product, and when you are finished, please answer the question below the image.

For each screen, click the forward arrow at the bottom of the screen when you are ready to move on to the next screen. Please note that, for each screen, there will be a short delay before the ">" button becomes enabled.

---

**DO NOT DISPLAY. PROGRAMMING INSTRUCTIONS ONLY**

**IN SUBSEQUENT SCREENS, A TOTAL OF 4 PRODUCTS WILL BE SHOWN TO EACH RESPONDENT. FOR EACH RESPONDENT, RANDOMIZE ORDER OF PRODUCTS SHOWN AND RECORD ORDER.**

**FOR EACH WEBPAGE SHOWN, DO NOT ALLOW RESPONDENTS TO MOVE FORWARD IN THE SURVEY UNTIL AT LEAST 10 SECONDS HAVE PASSED AFTER THE WEBPAGE APPEARS.**

> 1 – PRODUCT 1 (Hyp)
> 2 – PRODUCT 2 (Bioworld)
> 3 – PRODUCT 3 (Stance)
> 4 – PRODUCT 4 (Reebok)

---

**FOR EACH PRODUCT SHOWN:**

---

**[DISPLAY PRODUCT. TWO IMAGES OF EACH PRODUCT SHOWN ON SAME SCREEN]**
**[ALLOW RESPONDENT TO CLICK TO ENLARGE PRODUCT IMAGE]**
**[ALLOW 5 SECONDS TO PASS BEFORE THE FORWARD ARROW APPEARS]**

QA1. Are you able to see these images clearly?

1. Yes
2. No            **[TERMINATE]**

---

10

**SECTION TWO**

**This is the second section of the survey.** In this section, you will be asked questions about sports games and events.

We are interested in your honest opinions. There are no right or wrong answers.  If for any question in this survey you don't know the answer or don't have an opinion, please feel free to choose the "Don't know" option. Please do <u>not</u> guess.

**[NEW SCREEN]**

1.  Within the past 12 months, have you attended any professional sports games or events?

       1.  Yes                  **[GO TO Q2]**
       2.  No                    **[GO TO Q3]**
       3.  Don't know/ Not sure  **[GO TO Q3]**

2.  Which, if any, of the following types of professional sports games or events have you attended in the past 12 months?

       1.  Baseball
       2.  Basketball
       3.  Football
       4.  Golf
       5.  Hockey
       6.  Soccer
       7.  Swimming
       8.  Tennis
       9.  None of the above
      10.  Don't know/ Not sure

3.  Within the past 12 months, have you attended any college-level sports games or events?

       1.  Yes               **[GO TO Q4]**
       2.  No                **[GO TO NEXT SECTION]**
       3.  Don't know     **[GO TO NEXT SECTION]**

4.  Which, if any, of the following types of college-level sports games or events have you attended in the past 12 months?

       1.  Baseball
       2.  Basketball
       3.  Football
       4.  Golf
       5.  Hockey
       6.  Soccer
       7.  Swimming
       8.  Tennis
       9.  None of the above
      10.  Don't know/ Not sure

**SECTION THREE**

**This is the third section of the survey.**

Imagine that you receive the email and catalog shown on the next screens. Please read the email and accompanying catalog as you would if you received it in your email inbox.

For each screen, click the forward arrow at the bottom of the screen when you are ready to move on to the next screen. Please note that, for each screen, there will be a short delay before the ">" button becomes enabled.

---

**DO NOT DISPLAY. PROGRAMMING INSTRUCTIONS ONLY**

**CREATE HIDDEN VARIABLE "GROUP"**

GROUP          **[DATA ONLY, RANDOMLY ASSIGN HALF OF RESPONDENTS TO GROUP 1 AND HALF TO GROUP 2]**

      1 – GROUP 1 – HYPE SOCKS
      2 – GROUP 2 – CONTROL

---

**ON FIRST SCREEN, DISPLAY DEAR COACH LETTER.**
**[ALLOW 20 SECONDS TO PASS BEFORE THE FORWARD ARROW APPEARS]**

**ON NEXT SCREEN, DISPLAY CATALOG.**
**[ALLOW RESPONDENT TO FLIP THROUGH CATALOG]**

QB1. Were you able to see and read both the email and catalog clearly?

    1.   Yes
    2.   No          **[TERMINATE]**

5.  Do you think these socks—the ones in the catalog you just reviewed—and any of the socks you saw in the first section of the survey are made or put out by the same company?

    **[ROTATE RESPONSE OPTIONS 1 AND 2]**

        1.  Yes
        2.  No               **[GO TO Q8]**
        3.  Don't know / no opinion     **[GO TO Q8]**

6.  Please click on the socks you think are made or put out by the same company as the socks shown in the catalog.

    **[DISPLAY PRODUCTS FROM SECTION 1 BELOW QUESTION]**
    **[INCLUDE "Don't Know" CHECKBOX. IF "Don't Know" IS SELECTED, GO TO Q9]**
    **[MUST SELECT AT LEAST ONE PRODUCT OR "Don't Know" TO MOVE FORWARD]**

7.  For each of the socks you selected, please describe why you think it is made or put out by the same company as the socks shown in the catalog.

    *Please be as specific and detailed as possible.*

8.  Do you think the company that makes the socks in the catalog you just reviewed is *associated or connected with* any of the companies that make the socks you saw in the first section of the survey?

    **[ROTATE RESPONSE OPTIONS 1 AND 2]**

        1.  Yes
        2.  No               **[GO TO Q11]**
        3.  Don't know / no opinion     **[GO TO Q11]**

9.  Please click on the socks you think are made by a company that is associated or connected with the company that makes the socks shown in the catalog.

    **[DISPLAY PRODUCTS FROM SECTION 1 BELOW QUESTION]**
    **[INCLUDE "Don't Know" CHECKBOX. IF "Don't Know" IS SELECTED, GO TO Q11]**
    **[MUST SELECT AT LEAST ONE PRODUCT OR "Don't Know" TO MOVE FORWARD]**

10. For each of the socks you selected, please describe why you think they are associated or connected with the socks shown in the catalog.

    *Please be as specific and detailed as possible.*

    **[DISPLAY PRODUCTS SELECTED IN Q9 WITH TEXT BOX NEXT TO EACH NAME]**

11. Do you think the company who makes the socks in the catalog you reviewed received *permission or approval* from any of the companies that make the socks you saw in the first section of the survey?

       **[ROTATE RESPONSE OPTIONS 1 AND 2]**

          1. Yes
          2. No                           **[GO TO Q14]**
          3. Don't know / no opinion        **[GO TO Q14]**

12. Please click on the socks that you think are made by a company that gave permission or approval to the company that makes the socks in the catalog you reviewed.

       **[DISPLAY PRODUCTS FROM SECTION 1 BELOW QUESTION]**
       **[INCLUDE "Don't Know" CHECKBOX. IF "Don't Know" IS SELECTED, GO TO Q14]**
       **[MUST SELECT AT LEAST ONE PRODUCT OR "Don't Know" TO MOVE FORWARD]**

13. For each of the socks you selected, please describe why you think the company that makes them gave permission or approval to the company who makes the socks in the catalog you viewed.

*Please be as specific and detailed as possible.*

       **[DISPLAY PRODUCTS SELECTED IN Q12 WITH TEXT BOX NEXT TO EACH PRODUCT]**

**We are almost finished. Just a few more questions.**

14. At any time during this survey, did you open any other windows or tabs on this computer?

        1.      Yes    **[TERMINATE]**

        2.      No

15. At any time during this survey, did you use any other computer?

        1.      Yes    **[TERMINATE]**

        2.      No

**[IF S2= "Tablet computer," OMIT "or tablet computer"]**

16. At any time during this survey, did you look at or use any hand-held electronic device, such as a cell phone or tablet computer?

        1.      Yes    **[TERMINATE]**

        2.      No

17. At any time during this survey, did you view any written material (other than this survey)?

        1.      Yes    **[TERMINATE]**

        2.      No

18. At any time during this survey, did you consult or talk with someone else?

        1.      Yes    **[TERMINATE]**

        2.      No

# Exhibit G
# Survey Screenshots



Thank you for your willingness to participate in our study. The responses you give to our questions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response. Please do not guess.

During the survey, please do not use your browser's FORWARD and BACK buttons. Instead, please always use the button below to move through the survey.

Simply click on the ">" button at the bottom of the page to begin the survey.

>

© Powered by SSI



Before continuing with this survey, please carefully read these instructions:

- Please take the survey in one session.
- While completing this survey, please do not visit any other websites or refer to any outside websites for help in answering the survey questions.
- While completing this survey, please do not open any other windows or tabs on this computer or any other computer.
- While taking this survey, please do not use any hand-held electronic device, such as a cell phone or tablet computer.
- Please do not view any other written material while taking this survey.
- Please do not ask anyone else for help in answering the survey questions.

>

© Powered by SSI



## Question S2







# Question S5







## Question S8



Within the past 6 months, have you completed a survey on any of the following topics?

| | | | |
|---|---|---|---|
| Broadway shows | Yes | No | Don't Know |
| Hats, socks or other clothing accessories | Yes | No | Don't Know |
| Sports gear, such as uniforms or equipment | Yes | No | Don't Know |
| Books | Yes | No | Don't Know |
| Foreign travel | Yes | No | Don't Know |

© Powered by SSI

# Question S9



# Question S10







# Question S13







## Question S16





## Question S18



# Question S19





The remainder of this survey will be divided into three sections. This is this first section of the survey.

In this section, you are going to see some socks that you might see if you were shopping. Please look at these products as you normally would if you were considering purchasing them. Take as much time as you would like to look at each product, and when you are finished, please answer the question below the image.

For each screen, click the forward arrow at the bottom of the screen when you are ready to move on to the next screen. Please note that, for each screen, there will be a short delay before the ">" button becomes enabled.

>

© Powered by SSI

Note: This screen required the respondent to scroll to the bottom to see both images.
This screenshot does not reflect the actual size of the images shown to the respondent.



The first image below shows the front of three packages of socks. The second image shows the back of these three same packages.

Click the magnifying glass if you would like to enlarge the image.





Note: This screen required the respondent to scroll to the bottom to see both images.
This screenshot does not reflect the actual size of the images shown to the respondent.







Are you able to see these images clearly?

Yes

No

Note: This screen required the respondent to scroll to the bottom to see both images.
This screenshot does not reflect the actual size of the images shown to the respondent.







Note: This screen required the respondent to scroll to the bottom to see both images. This screenshot does not reflect the actual size of the images shown to the respondent.





The first image below shows the front of three packages of socks. The second image shows the back of these three same packages.

Click the magnifying glass if you would like to enlarge the image.





**This is the second section of the survey.**

In this section, you will be asked questions about sports games and events.

We are interested in your honest opinions. There are no right or wrong answers. If for any question in this survey you don't know the answer or don't have an opinion, please feel free to choose the "Don't know" option. Please do not guess.

>

© Powered by SSI

# Question 1



# Question 2



Which, if any, of the following types of professional sports games or events have you attended in the past 12 months?

Baseball

Basketball

Football

Golf

Hockey

Soccer

Swimming

Tennis

None of the above

Don't know/ Not sure

© Powered by SSI

# Question 3



# Question 4



Which, if any, of the following types of college-level sports games or events have you attended in the past 12 months?

Baseball

Basketball

Football

Golf

Hockey

Soccer

Swimming

Tennis

None of the above

Don't know/ Not sure

© Powered by SSI



This is the third section of the survey.

Imagine that you receive the email and catalog shown on the next screens. Please read the email and accompanying catalog as you would if you received it in your email inbox.

For each screen, click the forward arrow at the bottom of the screen when you are ready to move on to the next screen. Please note that, for each screen, there will be a short delay before the ">" button becomes enabled.

>

© Powered by SSI

# TEST GROUP STIMULI



Coach:

Over the past 18 months, things have changed with team apparel. It is now standard to have custom socks for your team as part of your uniform. I am the National Sales Director at Hype Socks and we have interest in supplying your program with custom athletic socks. With offices located in both Atlanta, GA and Columbus, OH, we are eager to serve our customers with the best customer service and custom socks!

*Football * Basketball * Baseball * Softball * Volleyball * Soccer * Lacrosse * Wrestling * Track & Field * Cheerleading * Crossfit

Your Young athletes love this style of sock

We manufacture high quality performance socks here in the United States for teams and individuals for any sport with unlimited customizations. We have the lowest turnaround time in the nation. (3 to 4 Weeks). See Attached Catalog (shown on next screen) for the most popular designs.

Please directly respond to this email and send me your color scheme, logo, and any customizations needed and I will have visual mock ups made immediately for your review.

We look forward to hearing from you soon.

Thank you.

Hype Socks
National Sales Director
www.hypesocks.com

© Powered by SSI



Please click through arrow button(s) to move to the next page.



# YOUR GUIDE TO DESIGNING YOUR TEAM'S HYPE SOCKS.

## FULLY CUSTOMIZABLE FOR ANY SPORT

Outfit your team. Add your own customization. Options include:

Customization Options . . . . . . . . . . . . . . . . . . . . . . . . 2

Sizing Chart, Color Chart, Lengths . . . . . . . . . . . . . . . 4

Basketball . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Football . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Baseball & Softball . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Soccer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Hype for All Sports . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Hype Awareness . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

Contact Information . . . . . . . . . . . . . . . . . . . . . . . . . . 17



















# CONTROL GROUP STIMULI



Coach:

Over the past 18 months, things have changed with team apparel. It is now standard to have custom socks for your team as part of your uniform. I am the National Sales Director at Hive Socks and we have interest in supplying your program with custom athletic socks. With offices located in both Atlanta, GA and Columbus, OH, we are eager to serve our customers with the best customer service and custom socks!

*Football * Basketball * Baseball * Softball * Volleyball * Soccer * Lacrosse * Wrestling * Track & Field * Cheerleading * Crossfit

Your Young athletes love this style of sock

We manufacture high quality performance socks here in the United States for teams and individuals for any sport with unlimited customizations. We have the lowest turnaround time in the nation. (3 to 4 Weeks). See Attached Catalog (shown on next screen) for the most popular designs.

Please directly respond to this email and send me your color scheme, logo, and any customizations needed and I will have visual mock ups made immediately for your review.

We look forward to hearing from you soon.

Thank you.

Hive Socks
National Sales Director
www.hivesocks.com

© Powered by SSI























# Survey Questions
## QB1 to Q18

# Question B1





# Question 6

Respondents scrolled to bottom of page to see all images and click the next button.



# Question 6

Respondents scrolled to bottom of page to see all images and click the next button.



# Question 6

Respondents scrolled to bottom of page to see all images and click the next button.



# Question 6

Respondents scrolled to bottom of page to see all images and click the next button.



# Question 7

Respondents scrolled to bottom of page to see all images and click the next button.



# Question 7

Respondents scrolled to bottom of page to see all images and click the next button.



## Question 7

Respondents scrolled to bottom of page to see all images and click the next button.



## Question 7

Respondents scrolled to bottom of page to see all images and click the next button.



# Question 8



Do you think the company that makes the socks in the catalog you just reviewed is *associated or connected with* any of the companies that make the socks you saw in the first section of the survey?

Yes

No

Don't know / no opinion

>

© Powered by SSI

## Question 9

Respondents scrolled to bottom of page to see all images and click the next button.



# Question 9

Respondents scrolled to bottom of page to see all images and click the next button.



## Question 9

Respondents scrolled to bottom of page to see all images and click the next button.



# Question 9

Respondents scrolled to bottom of page to see all images and click the next button.



Respondents scrolled to bottom of page to see all images and click the next button.



# Question 10

Respondents scrolled to bottom of page to see all images and click the next button.



## Question 10

Respondents scrolled to bottom of page to see all images and click the next button.



# Question 10

Respondents scrolled to bottom of page to see all images and click the next button.



# Question 11



# Question 12

Respondents scrolled to bottom of page to see all images and click the next button.



## Question 12

Respondents scrolled to bottom of page to see all images and click the next button.



# Question 12

Respondents scrolled to bottom of page to see all images and click the next button.



Click the magnifying glass to enlarge the image.
Click here to see the back of the socks.

# Question 12

Respondents scrolled to bottom of page to see all images and click the next button.



# Question 13

## Respondents scrolled to bottom of page to see all images and click the next button.



## Question 13

Respondents scrolled to bottom of page to see all images and click the next button.



## Question 13

Respondents scrolled to bottom of page to see all images and click the next button.



## Question 13

Respondents scrolled to bottom of page to see all images and click the next button.





# Question 14



## Question 15



## Question 16





# Question 18



# Exhibit H

**Question 5**

**Do you think these socks—the ones in the catalog you just reviewed—
and any of the socks you saw in the first section of the survey
are made or put out by the same company?**

|  | Test Group | Control Group |
|---|:---:|:---:|
|  | **(a)** | **(b)** |
| Yes | 66.0% | 58.1% |
| No | 20.0% | 25.7% |
| Don't Know | 14.0% | 16.2% |
| **Total:** | 100.0% | 100.0% |
| **Total Number of Respondents:** | 200 | 179 |

**Question 7**
**For each of the socks you selected, please describe why you think it is made or put out**

| Respondent ID | Group | Q7 Answer |
| --- | --- | --- |
| 184 | Test | BECAUSE IT SAYS HYP |
| 269 | Test | can't recall |
| 296 | Test | because i think they are the same brand HYP |
| 366 | Test | because there not have a brand of manufacture how marvel inc or others |
| 408 | Test | The name: HYP |
| 424 | Test | They look like they have the same quality. |
| 740 | Test | IT IS NEW |
| 857 | Test | unique |
| 884 | Test | The socks have similar styles as the socks in the magazine, however they have the fun graphics! |
| 899 | Test | its to all the public |
| 920 | Test | the design |
| 940 | Test | looks similar shape and concept |
| 956 | Test | Because they are for Soccor and Basketball. |
| 990 | Test | not really sure |
| 996 | Test | The HYP on the packaging. |
| 997 | Test | the way the colors look |
| 1002 | Test | It looks more like a sports related designed socks |
| 1030 | Test | The style just seems like it matches this brand. |
| 1043 | Test | The brand name |
| 1068 | Test | There are similar features to all of the socks. |
| 1097 | Test | same brand |
| 1126 | Test | They just look of good value |
| 1130 | Test | THE STYLE |
| 1133 | Test | similar design |
| 1147 | Test | See the name? |
| 1166 | Test | by the name and symbol of the company |
| 1172 | Test | It says HYP on the tag |
| 1194 | Test | It has the name hype over the covering. |
| 1218 | Test | style is simular |
| 1245 | Test | They look similar |
| 1267 | Test | The tag has the logo. |
| 1276 | Test | they do not have the right brand so i was wrong |
| 1430 | Test | because they have designs on them not just plan colored socks |
| 1493 | Test | The brand name is the same. But they also look more customized and have special text on the backs I remember |
| 1510 | Test | got hyp on them |
| 1511 | Test | The style seems to be the same. |
| 1561 | Test | no brand |
| 1573 | Test | I think it has the same brand name |
| 1582 | Test | they look similar |

**Question 7**
**For each of the socks you selected, please describe why you think it is made or put out**

| Respondent ID | Group | Q7 Answer |
|---|---|---|
| 1653 | Test | The brand names are the same. |
| 1682 | Test | Looks like the socks in the catalog |
| 1723 | Test | They allowed you to customize them |
| 1748 | Test | similar styl |
| 1754 | Test | It's a customized styling that matches their product description and overall product line. |
| 1769 | Test | It looks like the same logo or brand. |
| 1804 | Test | I love these socks |
| 1812 | Test | The label is the same and the images are similar |
| 1833 | Test | Hyp and Hype seem like very similar company names. |
| 1875 | Test | because you can design it the way you want |
| 1920 | Test | It just seems possible that they are produced by the same company just under a different name...happens all the time |
| 1937 | Test | the patterns are similar |
| 1950 | Test | Colorful and sports oriented |
| 2017 | Test | They have the same vibe. |
| 2217 | Test | These socks had hype on the package |
| 2246 | Test | because they are very detailed |
| 2247 | Test | The company states  that the make the socks base on what you want |
| 2265 | Test | they create logo based socks, but the other socks looked to be trademarked |
| 2287 | Test | they are unique and i feel the quality of these socks look similar to the ones in the catalog |
| 2344 | Test | because of the logo on the tag |
| 2372 | Test | the styles |
| 2440 | Test | i see the name |
| 2450 | Test | has the logo on the label |
| 2473 | Test | Has hyp logo |
| 2474 | Test | Have the same ttpe of look |
| 2487 | Test | they seem to be made from a similar look |
| 2545 | Test | The design looks like it could come from them that are in the catalog. Having lines at the bottom puts these together.  Having a type of sport on the sock shows a team or sport is on their minds. |
| 32087 | Test | they have that same design |
| 32327 | Test | BECAUSE IN THE BACKS PART INDICATES THAT IT IS DISTRIBUTED BY HYP |
| 1647 | Control | they stick to the sport theme, good quality and cool looking |
| 1785 | Control | look customized |
| 1894 | Control | High quality custom look. |
| 1905 | Control | same shape and design |
| 2066 | Control | maybe the designs |

**Question 7**
**For each of the socks you selected, please describe why you think it is made or put out**

| Respondent ID | Group | Q7 Answer |
|---|---|---|
| 2087 | Control | They look like the style of the Ad ones |
| 2091 | Control | similar color and style |
| 2168 | Control | similar |
| 2201 | Control | The catalog advertised individual logos for your team made in the US |
| 2207 | Control | no branding |
| 2298 | Control | these look custom to the sports played and that is what hive stated that they did |
| 2313 | Control | pattern |
| 2346 | Control | similar look and design |
| 2478 | Control | it seems smart to do all in one |
| 2497 | Control | Because these are specific socks that look like what the email described |
| 2524 | Control | same style |
| 2626 | Control | because of the initals hyp |
| 2666 | Control | don't know |
| 2669 | Control | alot of options were available |
| 2673 | Control | the designs and style |
| 2698 | Control | Similar design |
| 2873 | Control | no comment |
| 2889 | Control | because of the brand "crew" and the fantasy characters |
| 2948 | Control | That's what I read on the screen.  Hey, guys, thank you very much for your terrific survey, I am really enjoying it.  I love this topic.  I love socks, and your questions are fantastic.  Thank you very much.  All these socks are so beautiful, I want to buy them all!  I want to recommend them to all my friends, relatives, and neighbors.  You are great, guys, what a wonderful topic for a survey.  Thank you very much.  I am really happy today to answer all your questions, you are very talented, guy |
| 3073 | Control | They seem to be custom designs made by this sock company but mass produced. |
| 3111 | Control | any |
| 3347 | Control | They look like something this company would make. |
| 3610 | Control | a design chosen by the person |
| 3686 | Control | just look unique |
| 3724 | Control | They are customized |
| 32051 | Control | I think it is by the patern of sock, and logo |
| 32112 | Control | These are for particular sports and would be excellent for youth teams. |
| 32142 | Control | Looks like a designtheywouldmake |
| 32144 | Control | looks really cool |
| 32168 | Control | generic |

**Question 7**
**For each of the socks you selected, please describe why you think it is made or put out**

| Respondent ID | Group | Q7 Answer |
| --- | --- | --- |
| 32225 | Control | Seems like the pattern they would make |
| 32239 | Control | HTP |
| 32240 | Control | They  have similar colors. |
| 32275 | Control | the design and look |
| 32314 | Control | Looks the same design |
| 32364 | Control | They look custom |
| 32378 | Control | It looks like the logo they would use. |
| 32409 | Control | similar style |
| 32424 | Control | Hyp logo |
| 32434 | Control | they are all creative |

**Question 8**

**Do you think the company that makes the socks in the catalog you just reviewed is associated or connected with any of the companies that make the socks you saw in the first section of the survey?**

|  | Test Group | Control Group |
|---|---|---|
|  | **(a)** | **(b)** |
| Yes | 50.0% | 36.3% |
| No | 26.0% | 32.4% |
| Don't Know | 24.0% | 31.3% |
| **Total:** | 100.0% | 100.0% |
| **Total Number of Respondents:** | 200 | 179 |

**Question 10**

**For each of the socks you selected, please describe why you think they are associated or connected with the athletic socks shown in the catalog**

| Respondent ID | Group | Q10 Answer |
|---|---|---|
| 184 | Test | LOGO AND STYLE |
| 214 | Test | Type that might be worn for sports |
| 269 | Test | can't recall |
| 296 | Test | because the name of the brand is almost the same |
| 355 | Test | a great deal |
| 366 | Test | this have not a private manufacture brand icon how marvel or others |
| 372 | Test | It looks like they have the same logo/ company name |
| 408 | Test | HYP |
| 424 | Test | Look the same. |
| 786 | Test | looks like the logo |
| 884 | Test | I thought I saw the brand name HYPE in the catalog. |
| 890 | Test | i do not know |
| 924 | Test | Have the hyp logo |
| 956 | Test | They are for sports. |
| 997 | Test | the colors |
| 1043 | Test | The brand name |
| 1068 | Test | This is a design by Reebok. |
| 1095 | Test | Design elements |
| 1097 | Test | same brand |
| 1127 | Test | Probably by some of the same types of sock manufacturer's (Reebok) & sports related |
| 1130 | Test | THETENDING FEEL |
| 1133 | Test | similar design and quality |
| 1134 | Test | the colors are similar and stripes are a common theme |
| 1147 | Test | Isn't the company name the same? |
| 1166 | Test | name and symbol of the company |
| 1177 | Test | the name hyp |
| 1225 | Test | logo |
| 1243 | Test | A brand can carry many different types of the same item.  Just because they are visually different with various logos doesn't mean that they are made by separate companies.  I would think a sock company would make many types of socks for a wide costumer group. |
| 1245 | Test | They were in the catalouge |
| 1267 | Test | The tag has the logo |
| 1430 | Test | they have designs on them like some of the socks in the catalog |
| 1432 | Test | Different designs |
| 1467 | Test | superman |

## Question 10

**For each of the socks you selected, please describe why you think they are associated or connected with the athletic socks shown in the catalog**

| Respondent ID | Group | Q10 Answer |
|---|---|---|
| 1493 | Test | These look more customized and have text on the backs as I recall |
| 1510 | Test | got hyp on them |
| 1565 | Test | The names are very similar, hype and hyp |
| 1573 | Test | Same brand name |
| 1653 | Test | The brand names are the same or almost the same, Hype/Hyp. |
| 1769 | Test | There are the same brand on the tag. |
| 1833 | Test | Similar company name. |
| 1875 | Test | because of the designs are similar |
| 1920 | Test | again the same reason I stated in the first example |
| 1954 | Test | yes |
| 1996 | Test | great |
| 2017 | Test | Same print |
| 2217 | Test | Hype is listed on the package |
| 2246 | Test | because they look to be of the same quality |
| 2265 | Test | i already answered this question smh |
| 2287 | Test | quality looks similar |
| 2348 | Test | Hyp brand |
| 2403 | Test | Be they say hype on them |
| 2473 | Test | Similar type sock |
| 2545 | Test | The sport image and the lines sets them apart but they go along with the theme from the catalog. |
| 2570 | Test | because the name hype  matches hyp on socks |
| 32087 | Test | Same design, no logo |
| 32113 | Test | this like |
| 32327 | Test | BECAUSE IN THE BACKS PART INDICATES THAT IT IS DISTRIBUTED BY HYP |
| 1626 | Control | they are probably associated because they both make socks with sports logos on them. |
| 1725 | Control | very comfortable to use |
| 1776 | Control | The orange logo |
| 1868 | Control | is original |
| 2091 | Control | similar color and style |
| 2160 | Control | very colorful |
| 2168 | Control | similar |
| 2201 | Control | Shows the ability to customize too any need |
| 2207 | Control | no branding |
| 2478 | Control | one company makes smart sense |
| 2626 | Control | because of the initial hyp |

**Question 10**

**For each of the socks you selected, please describe why you think they are associated or connected with the athletic socks shown in the catalog**

| Respondent ID | Group | Q10 Answer |
|---|---|---|
| 2673 | Control | colors, style |
| 2889 | Control | I believe it's all made by Hive based on the email |
| 2948 | Control | That's what I read on the screen, guys.  I love you!!!!!!!!! |
| 3177 | Control | I thought it might or More of an old one of my heart and mind that you have a few days, I will just run |
| 3347 | Control | They look like socks this company would make. |
| 3370 | Control | Brand |
| 3625 | Control | colorful |
| 3709 | Control | Shoes images that are sports related |
| 32106 | Control | because these brands have the logo of the company 'Hive' who shown in the book |
| 32112 | Control | Here again, the company indicated they could customize socks for teams. |
| 32182 | Control | looks the same. |
| 32221 | Control | its just a feeling i have |
| 32240 | Control | design and color |
| 32275 | Control | i think they are |
| 32378 | Control | They look like they use the same logo |
| 32422 | Control | look similar |

**Question 11**

**Do you think the company that makes the socks in the catalog you just reviewed received permission or approval from any of the companies that make the socks you saw in the first section of the survey?**

|  | Test Group | Control Group |
|---|---|---|
|  | **(a)** | **(b)** |
| Yes | 51.5% | 35.8% |
| No | 15.5% | 25.1% |
| Don't Know | 33.0% | 39.1% |
| **Total:** | 100.0% | 100.0% |
| **Total Number of Respondents:** | 200 | 179 |

## Question 13

**For each of the socks you selected, please describe why you think the company that makes them gave permission or approval to the company who makes the socks in the catalog you viewed.**

| Respondent ID | Group | Q13 Answer |
|---|---|---|
| 269 | Test | can't recall |
| 1920 | Test | trademark names....need permission it happens in professional sports all the time |
| 2217 | Test | they licensed |
| 2473 | Test | Has hero logo |
| 1147 | Test | Don't know |
| 1979 | Test | The brand names very similar and the sock quality don�t appear all the same. |
| 2170 | Test | THE PATTERN |
| 296 | Test | because the name of the brand is almost the same |
| 2287 | Test | markd on label |
| 366 | Test | the superman icon is a dc comic manufacture and need permisions for that |
| 372 | Test | It looks like theyre part of the same company |
| 1582 | Test | real and cool |
| 309 | Test | patened |
| 1723 | Test | Because of the customized logo |
| 1166 | Test | company products |
| 2114 | Test | COPYRIGHTS |
| 2440 | Test | same company |
| 1068 | Test | Authorized by Reebok |
| 2220 | Test | I love them |
| 1565 | Test | They have similar names |
| 1875 | Test | unique designs |
| 884 | Test | The Superman symbol would need approval for a company to use as a sock design. |
| 1127 | Test | Just that a good chance that all these socks are from the same manufacturer's |
| 424 | Test | Look like Reebok. |
| 1510 | Test | got hyp on them |
| 32189 | Test | Very gorgeous |
| 1134 | Test | because they want there socks to sell |
| 1267 | Test | I am not sure, this is a confusing question. |
| 223 | Test | because I think they could be part of the uniform |
| 1493 | Test | These look similar to what are able to make using the catalog |
| 1812 | Test | generic liscencing |
| 32337 | Test | i think they are made by the same suppplier because it looks like they have the same stitching. |
| 1804 | Test | These are cute |
| 1954 | Test | yes |

## Question 13

**For each of the socks you selected, please describe why you think the company that makes them gave permission or approval to the company who makes the socks in the catalog you viewed.**

| Respondent ID | Group | Q13 Answer |
| --- | --- | --- |
| 786 | Test | cause they have the logo and some ballons that is used represent sports |
| 1177 | Test | to use the name it sounds the same |
| 1254 | Test | Looks similar to the catalog socks |
| 1269 | Test | nice colors |
| 32327 | Test | BECAUSE IN THE BACKS PART INDICATES THAT IT IS DISTRIBUTED BY HYP |
| 1996 | Test | good |
| 857 | Test | unique |
| 1095 | Test | Hype logo in tag |
| 2372 | Test | THE STYLES |
| 1712 | Test | The label says HYP |
| 32415 | Control | bioworld |
| 3610 | Control | I would reason they could not sell them otherwise. |
| 2298 | Control | dont really see the need for permission for sharks and soccer balls |
| 3691 | Control | Because the socks are the same style |
| 2673 | Control | they look the same |
| 2405 | Control | Superman |
| 2478 | Control | they all need permission or there would be law suits |
| 2201 | Control | You cannot us tm products without paying for it |
| 3370 | Control | Have to |
| 3333 | Control | They would have to have permission to print their logo on them. |
| 32106 | Control | because i think this company don't have an approval for any other company |
| 2168 | Control | similar |
| 1776 | Control | to increase marketing |
| 2669 | Control | look custom made |
| 2425 | Control | the superman logo |
| 2091 | Control | similar soccer socks |
| 2245 | Control | need approval from marvel or other to sell merchandise with superman |
| 32378 | Control | Owned by them |
| 2160 | Control | the logos are on them |
| 3242 | Control | very nice to say about |
| 2087 | Control | I am sure they needed to ask the Mavel company for permission to use their logo. |
| 3026 | Control | dc comics |
| 1894 | Control | High quality look. |
| 32275 | Control | they look like they do |
| 32175 | Control | Superman logo is trademarked |

## Question 13

**For each of the socks you selected, please describe why you think the company that makes them gave permission or approval to the company who makes the socks in the catalog you viewed.**

| Respondent ID | Group | Q13 Answer |
|---|---|---|
| 32314 | Control | I think they gave them permission just for them to be used as an example |
| 1650 | Control | trademarks |
| 2948 | Control | That's what I read on the screen, guys. |